NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

John M. Begakis, Esq. (SBN 278681)
Sheena B. Tehrani, Esq. (SBN 326373)
john@altviewlawgroup.com; sheena@altviewlawgroup.com
AltView Law Group, LLP
12100 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

ATTORNEY(S) FOR: Plaintiff That One Video Entertainment, LLC

**CLEAR FORM**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiff(s),<br><br>v.<br><br>KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION  AND  NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      Plaintiff THAT ONE VIDEO ENTERTAINMENT, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company | Plaintiff |
| KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL | Defendant |
| MITCHELL CLOUT, an individual | Defendant |

April 10, 2023
Date

/s/ John M. Begakis
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff THAT ONE VIDEO ENTERTAINMENT, LLC