# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT LLC <br><br> PLAINTIFF(S) <br><br> v. <br><br> KOIL CONTENT CREATION PTY LTD. , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:23–cv–02687–CAS–JC <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

|  4/10/2023  |   2   |   Request for Clerk to Issue Summons   |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachment(s): # 1 Civil Cover Sheet Civil Cover Sheet, should not have been attached to Docket Entry No. 2. The document(s) should have been filed separately. You are not required to take any action to correct this deficiency unless the Court so directs.


Clerk, U.S. District Court

Dated: April 11, 2023     By:  /s/ *Shaunte M Hunter  shaunte_hunter@cacd.uscourts.gov*
                                  Deputy Clerk