**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC<br><br>PLAINTIFF(S)<br>v.<br><br>KOIL CONTENT CREATION PTY LTD., ET AL.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:23-cv-02687-CAS-JCx<br><br>**ORDER RETURNING CASE**<br>**FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 21-01.

April 14, 2023
Date

*Christina A. Snyder*
United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge __Stephen V. Wilson__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __SVW__ after the case number in place of the initials of the prior judge so that the case number will read __2:23-cv-02687-SVW-JCx__. This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☑ Previous Judge   ☐ Statistics Clerk

CV-89 (03/21)                    ORDER RETURNING CASE FOR REASSIGNMENT