1  Larry Zerner (SBN 155473)
   Morrison Rothman
2  19000 Wilshire Blvd., Ste. 940
   Los Angeles, California 90024
3  Telephone:   (310) 773-3623
   Email: Larry@MorrisonRothman.com
4
   Attorney for Defendants
5

6

7

8
                     UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11 | THAT ONE VIDEO                              ) Case No. 2:23-CV-02867 CAS (JCx)
   | ENTERTAINMENT, LLC, a California            )
12 | limited liability company,                  ) Assigned to Hon. Christina A. Snyder
                                                 )
13 |                    Plaintiff,               ) STIPULATION TO EXTEND TIME
   |       v.                                    ) TO RESPOND TO INITIAL
14 |                                              ) COMPLAINT BY NOT MORE
   | KOIL CONTENT CREATION PTY                   ) THAN 30 DAYS (L.R. 8-3)
15 | LTD.,  an Australian proprietary limited    )
   | company doing business as NOPIXEL;          ) Complaint Served: May 11, 2023
16 | MITCHELL CLOUT, an individual, and          ) Current Response Date: June 1, 2023
   | DOES 1 through 25, inclusive,               ) New Response Date: June 15, 2023
17 |                                              )
   |                    Defendants.              )
18                                                )
                                                  )
19                                                )
                                                  )
20                                                )
                                                  )
21                                                )
                                                  )
22                                                )
                                                  )
23 

24 ///

25
   ///
26

27 ///

28
                                   - 1 -

Plaintiff That One Video Entertainment, LLC, by and through its attorneys of record, hereby stipulate that Defendants Koil Content Creation PTY, LTD, and Mitchell Clout, may have until June 15, 2023, to respond to the Complaint in this matter.

Date: May 25, 2023                ALTVIEW LAW GROUP LLP

By: /s/ John Begakis_____
    John Begakis
    Attorney for Plaintiff That One Video
    Entertainment, LLC.

Date: May 25, 2023                Morrison Rothman

By: /s/ LarryZerner_____
    Larry Zerner
    Attorney for Defendants Koil Content
    Creation Pty. Ltd. and Mitchell Clout

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

By: /s/ Larry Zerner_____
    Larry Zerner
    Attorney for Defendants Koil Content
    Creation Pty. Ltd. and Mitchell Clout