UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,<br><br>                Plaintiff,<br><br>   v.<br><br>KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive,<br><br>                Defendants. | Case No. 2:23-CV-02687 SVW (JCx)<br><br>[Proposed] ORDER |

The motion of Defendants Koil Content Creation Pty. Ltd and Mitchell Clout to dismiss the complaint came on regularly for hearing before this Court on July 17, 2023. Larry Zerner appeared as attorney for Defendants and John Begakis appeared as attorney for Plaintiff.

- 1 –

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion is GRANTED and that the Complaint is dismissed with prejudice.

DATED: _____

                                       _____
                                       Hon. Stephen V. Wilson
                                       United States District Judge

PRESENTED BY:

Morrison Cooper

By: __/s/Larry Zerner_____
        Larry Zerner
Attorney for Defendants Koil Content
Creation Pty. Ltd. and Mitchell Clout