NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Larry Zerner (SBN 155473)
Morrison Cooper
10900 Wilshire Blvd., Ste. 930
Los Angeles, CA 90024
Phone: 310-773-3623

ATTORNEY(S) FOR: Koil Content Creation Pty Ltd and Mitchell Clou

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| That One Video Entertainment, LLC<br><br>Plaintiff(s),<br>v.<br>Koil Content Creation Pty Ltd and Mitchell Clout<br><br>Defendant(s) | CASE NUMBER:<br>2:23-CV-02687-SVW (JCx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Koil Content Creation Pty Ltd and Mitchell Clout
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| That One Video Entertainment, LLC | Plaintiff |
| Koil Content Creation Pty Ltd | Defendant |
| Mitchell Clout | Defendant |

June 16, 2023                              /s/ Larry Zerner
Date                                       Signature

Attorney of record for (or name of party appearing in pro per):

Koil Content Creation Pty Ltd and Mitchell Clout