UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-02687-SVW-JC | Date | September 11, 2023 |
|---|---|---|---|
| Title | That One Video Entertainment LLC v. Koil Content Creation PTY LTD. et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John M. Begakis | Lawrence J. Zerner |

**Proceedings:**   MOTION to Dismiss Case filed by Defendant [20]

Hearing held. The motion is submitted.

| | : | 25 |
|---|---|---|
| | Initials of Preparer | PMC |