**ALTVIEW LAW GROUP, LLP**
John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
Sheena B. Tehrani, Esq. (SBN 326373)
sheena@altviewlawgroup.com
9454 Wilshire Blvd, Suite 825
Beverly Hills, California 90212
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

*Attorneys for Plaintiff*
THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,<br><br>        Plaintiff,<br>    vs.<br><br>KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELLE CLOUT, an individual; and DOES 1-25, inclusive,<br><br>        Defendants. | CASE NO: 2:23-cv-02687 SVW (JCx)<br><br>[Assigned to the Hon. Stephen V. Wilson; Ctrm 10A]<br><br>**STIPULATION TO CONTINUE TRIAL AND ALL RELATED DEADLINES**<br><br>Action Filed: April 10, 2023<br>Trial Date: July 16, 2024 |

STIPULATION TO CONTINUE TRIAL AND ALL RELATED DEADLINES

**STIPULATION TO CONTINUE TRIAL AND TRIAL DEADLINES**

COMES NOW Plaintiff THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company ("TOVE" or "Plaintiff") and Defendants KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL ("NoPixel"), and MITCHELL CLOUT, an individual ("Clout") (collectively, "Defendants") hereby state as follows:

1. WHEREAS, on July 7, 2023, Plaintiffs filed their operative First Amended Complaint for Declaratory Relief, Breach of Contract, and an Accounting (Dkt. No. 18);

2. WHEREAS, on February 14, 2024, the Court denied Defendants' Motion to Dismiss the First Amended Complaint (Dkt. No. 26);

3. WHEREAS, on or about March 18 and 19, 2024, the parties exchanged their Initial Disclosures pursuant to Rule 26;

4. WHEREAS, on March 26, 2024, a New Case Status Conference was held, and the Court set a Trial for July 16, 2024 (Dkt. No. 29);

5. WHEREAS, on March 29, 2024, Defendants served written discovery on Plaintiff;

6. WHEREAS, on April 8, 2024, Plaintiff served written discovery on Defendants;

7. WHEREAS, Plaintiff has obtained an expert, to which Defendants have not yet agreed, but are considering;

8. WHEREAS, on April 15, 2024, the parties met and conferred on how the source code will be reviewed, which Defendants are also considering;

9. WHEREAS, on April 15, 2024, the parties filed a Protective Order, which will control the expert's review of the relevant source code (Dkt. No. 33);

10. WHEREAS, Plaintiff's expert will need at least forty-five (45) days from the date Defendants have agreed to accept his designation, to review the source code and draft a report;

11.     WHEREAS, pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(2)(B)(i), Plaintiff's deadline to designate its expert and provide a final version of the expert's report is today, April 17, 2024;

12.     WHEREAS, the parties – having worked diligently to advance this case as best as possible – have therefore agreed to continue the trial and all related deadlines by at least ninety (90) days; and

13.     WHEREAS, this is the parties' first joint request for a continuance.

DATED: April 17, 2024          **ALTVIEW LAW GROUP, LLP**

By: _____
JOHN M. BEGAKIS
*Attorneys for Plaintiff* THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company

DATED: April 17, 2024          **MORRISON COOPER**

By: /s/ Larry Zerner
LARRY ZERNER
*Attorneys for Defendants* KOIL CONTENT CREATION PTY LTD. and MITCHELL CLOUT

2
STIPULATION TO CONTINUE TRIAL AND ALL RELATED DEADLINES

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing electronically filed document has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3.

Dated: April 17, 2024                                   By: /s/ John Begakis
                                                                            John M. Begakis