**ALTVIEW LAW GROUP, LLP**
John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
Sheena B. Tehrani, Esq. (SBN 326373)
sheena@altviewlawgroup.com
9454 Wilshire Blvd, Suite 825
Beverly Hills, California 90212
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

*Attorneys for Plaintiff*
THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company, <br><br> Plaintiff, <br> vs. <br><br> KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELLE CLOUT, an individual; and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO: 2:23-cv-02687 SVW (JCx) <br><br> [Assigned to the Hon. Stephen V. Wilson; Ctrm 10A] <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND ALL RELATED DEADLINES** <br><br> Action Filed: April 10, 2023 <br> Trial Date: July 16, 2024 |

# [PROPOSED] ORDER

Having read and considered the Stipulation to Continue Trial and All Related Deadlines (the "Stipulation"), the court finds good cause has been shown, and hereby **GRANTS** the Stipulation, and **ORDERS** as follows:

1. The trial is continued to _____;
2. The Final Pretrial Conference is continued to _____;
3. The Plaintiff's deadline to designate its expert and provide a final report is _____.

**IT IS SO ORDERED.**

DATED: _____         By:_____
                                            Stephen V. Wilson
                                            UNITED STATES DISTRICT
                                            COURT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing electronically filed document has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3.

Dated: April 17, 2024                              By:  /s/ John Begakis
                                                               John M. Begakis