1 **ALTVIEW LAW GROUP, LLP**
John M. Begakis, Esq. (SBN 278681)
2 john@altviewlawgroup.com
Sheena B. Tehrani, Esq. (SBN 326373)
3 sheena@altviewlawgroup.com
12100 Wilshire Blvd., Suite 800
4 Los Angeles, California 90025
Telephone: (310) 230-5580
5 Facsimile: (562) 275-8954

6 *Attorneys for Plaintiff*
THAT ONE VIDEO ENTERTAINMENT, LLC, a
7 California limited liability company

8

9                    **UNITED STATES DISTRICT COURT**

10        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11 THAT ONE VIDEO                        CASE NO: 2:23-cv-02687 CAS (JCx)
   ENTERTAINMENT, LLC, a
12 California limited liability company,
                                         [Assigned to the Hon. Stephen V. Wilson;
13          Plaintiff,                     Ctrm 10A]
          vs.
14                                        **[PROPOSED] ORDER GRANTING
   KOIL CONTENT CREATION PTY             PLAINTIFF'S UNOPPOSED *EX PARTE*
15 LTD., an Australian proprietary       APPLICATION FOR A BRIEF
   limited company doing business as     CONTINUANCE OF THE TRIAL
16 NOPIXEL; MITCHELLE CLOUT,             CALENDAR**
   an individual; and DOES 1-25,
17 inclusive,

18          Defendants.

19

20

21

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

Having read and considered the Unopposed *Ex Parte* Application filed by Plaintiff THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company ("TOVE" or "Plaintiff"), pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP"), for an order briefly continue the Trial in this action, and all related deadlines, by no more than ninety (90) days (the "Application"), and all papers filed in opposition thereto, and having heard argument of counsel, the Court finds good cause to **GRANT** the Application.

**THEREFORE, IT IS SO ORDERED** that:

1.     The Trial presently set to commence on July 16, 2024, shall be continued to: _____ at _____ a.m.;

2.     The Final Pretrial Conference presently set for July 8, 2024, shall be continued to: _____ at _____ p.m.; and

3.     All other deadlines based thereon shall be accordingly.

**IT IS SO ORDERED**.

Dated: _____          _____
                                     The Honorable Stephen V. Wilson
                                     Judge of United States District Court

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED *EX PARTE*
APPLICATION FOR A BRIEF CONTINUANCE OF THE TRIAL CALENDAR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing electronically filed document has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3.

Dated: April 24, 2024                    By: __/s/ John Begakis_____
                                                          John M. Begakis

CERTIFICATE OF SERVICE