**ALTVIEW LAW GROUP, LLP**
John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
Sheena B. Tehrani, Esq. (SBN 326373)
sheena@altviewlawgroup.com
9454 Wilshire Blvd, Suite 825
Beverly Hills, California 90212
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

*Attorneys for Plaintiff*
THAT ONE VIDEO ENTERTAINMENT, LLC, a
California limited liability company

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELLE CLOUT, an individual; and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO: 2:23-cv-02687 SVW (JCx) <br><br> [Assigned to the Hon. Stephen V. Wilson; Ctrm 10A] <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND ALL RELATED DEADLINES** <br><br> Action Filed: April 10, 2023 <br> Trial Date: September 17, 2024 |

1

## [PROPOSED] ORDER

2

     Having read and considered the Stipulation to Continue Trial and All Related

3

Deadlines (the "Stipulation"), the court finds good cause has been shown, and

4

hereby **GRANTS** the Stipulation, and **ORDERS** as follows:

5

    1.    The trial is continued to _____;

6

    2.    The Final Pretrial Conference is continued to _____;

7

    3.    The Plaintiff's deadline to designate its expert and provide a final

8

        report is _____.

9

10

**IT IS SO ORDERED.**

11

12

DATED: _____          By:_____

13

                                     Stephen V. Wilson

14

                                     UNITED STATES DISTRICT
COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE TRIAL
AND ALL RELATED DEADLINES