UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-02687-SVW-JC | Date | July 19, 2024 |
|---|---|---|---|
| Title | That One Video Entertainment LLC v. Koil Content Creation PTY LTD., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:** (IN CHAMBERS)

### ORDER DIRECTING PLAINTIFF TO FILE MISSING DECLARATION/EXHIBITS

Pending before the Court and set for a hearing on July 30, 2024 at 9:30 a.m. are the parties' Motions to Compel which have been presented to the Court in the form of a single Joint Stipulation Regarding Dispute Over Production of Document ("Joint Stipulation") without a notice of motion. (See Local Rule L.R. 37-2 (discovery joint stipulation must be filed and served with notice of motion)).[1] Aside from omitting a notice of motion, Plaintiff has also failed to file the Declaration of John Begakis and exhibits thereto which are referenced throughout the Joint Stipulation.

In light of the foregoing, Plaintiff is directed forthwith and by no later than July 23, 2024, to file the missing Declaration of John Begakis and exhibits and, if such submission exceeds 100 pages, to deliver a hard copy to the Magistrate Judge's chambers by the same date.

IT IS SO ORDERED.

---

[1] In connection with the Motions to Compel, the parties have submitted the Joint Stipulation, Plaintiff's Supplemental Memorandum, Defendant's Supplemental Memorandum, a Declaration of Mitchell Clout with an exhibit and a Declaration of Larry Zerner with exhibits. (Docket Nos. 40, 42, 43).