**ALTVIEW LAW GROUP, LLP**
John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
Sheena B. Tehrani, Esq. (SBN 326373)
sheena@altviewlawgroup.com
12100 Wilshire Blvd., Suite 800
Los Angeles, California 90025
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

*Attorneys for Plaintiff*
THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br>vs.<br><br>KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO: 2:23-cv-02687 CAS (JCx)<br><br>[Assigned to the Hon. Stephen V. Wilson; Ctrm 10A]<br><br>**DECLARATION OF BENJAMIN LAU IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**<br><br>**Hearing:**<br>Judge: Hon. Jacqueline Chooljian<br>Date:   September 10, 2024<br>Time:   9:30 a.m.<br>Place:   Ctrm 750, 255 East Temple Street, Los Angeles, California, 90012<br><br>Action Filed: April 10, 2023<br>Trial Date: September 17, 2024 |

DECLARATION OF BENJAMIN LAU IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

# DECLARATION OF BENJAMIN LAU

I, Benjamin C. Lau, declare and state as follows:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a principal at the law firm Jackson Lewis, P.C., which is immigration counsel for THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company ("TOVE" or "Plaintiff"), the Plaintiff in this action. I know all of the following facts of my own personal knowledge and, if called upon and sworn as a witness, could and would competently testify thereto.

2. On or about July 17, 2024, I received an email from Larry Zerner, Esq., who represented himself as counsel for Defendants KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL ("NoPixel"), and MITCHELL CLOUT, an individual ("Clout") (collectively, "Defendants"). This Declaration is intended to serve as my response to claims made by Mr. Zerner in his July 17, 2024 email correspondence, which is attached to the Declaration of John Begakis as Exhibit "C" and incorporated herein by this reference.

3. To begin with, Mr. Zerner contends that Jacque Khalil, as the principal and Chief Operating Officer of TOVE, submitted an H-1B visa application that contained "false information." Specifically, Mr. Zerner claims that "[i]n the application, Mr. Khalil was asked if Tracey would be placed with a secondary entity and responded, 'no.'" However, the instructions for the Labor Condition Application, the Department of Labor form where this question appears, clarifies that this information need only be disclosed if Daniel Tracey, TOVE's employee, would be placed at a worksite that was controlled by a third-party, not whether the work completed by Tracey was for a third-party. The question *in its entirety* is simply asking whether Mr. Tracey would be physically placed at a worksite that was controlled by a third-party business for which TOVE was providing services. Since it

1

DECLARATION OF BENJAMIN LAU IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

is my understanding that Mr. Tracey worked remotely for Defendants and was not physically placed at a third-party worksite, the answer was "no."

4. Mr. Zerner also contends that Mr. Khalil submitted a letter as part of the visa application that was untrue because it supposedly omitted various information about the details of Mr. Tracey's arrangement with Defendants. Specifically, Mr. Zerner claims that "[t]he letter gives the approximate amount of time that Danny would be working at each task for TOVE" but that Mr. Khalil stated in his deposition that "Tracey also was required to stream himself gameplaying on Twitch" and "somehow none of this was mentioned in the letter..." However, the H-1B visa application included that ten percent (10%) of Mr. Tracey's job duties would be to "[c]reate video tutorials demonstrating software modifying techniques and general media content discussing software modifying strategies for interactive multimedia entertainment productions." As described, this job duty would include streaming of certain content on Twitch, particularly content of Mr. Tracey demonstrating coding techniques in connection with the game. It is also important to note that the assigned percentage is simply an estimate and is intended to serve solely as an approximation of the average amount of time Mr. Tracey would spend on such task in a given week.

5. Finally, as to Mr. Zerner's general point that various information about the details of Mr. Tracey's arrangement with Defendants were omitted from the letter and the H-1B visa application, this Court should understand that U.S. immigration regulations do not require that a visa petitioner (in this case, TOVE) disclose that the beneficiary of the visa (in this case, Mr. Tracey) will be working for any particular third party (in this case, Defendant NoPixel). So long as the employer-employee relationship between the petitioner and the beneficiary is met, and the worksite information is correct, then the visa requirements are met.

///

///

2

DECLARATION OF BENJAMIN LAU IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

1  I declare under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct, and that this Declaration was executed on August
3  7, 2024, at Los Angeles, California.

_____
BENJAMIN LAU

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 9454 Wilshire Blvd, Suite 825, Beverly Hills, CA 90212.

On August 8, 2024, I served the documents described as:

**PLAINTIFF'S MOTION TO QUASH, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JOHN BEGAKIS IN SUPPORT THEREOF**

**DECLARATION OF BENJAMIN LAU IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

**DECLARATION OF DANIEL TRACEY IN SUPPORT OF PLAINTIFF'S MOTION TO QUASH, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO QUASH, OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

on all interested parties in this action by placing ____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Larry Zerner, Esq.
MORRISON COOPER LLP
10900 Wilshire Blvd., Suite 930
Los Angeles, CA 90024
larry@morrisoncooper.com
Keith@morrisoncooper.com
Kat@morrisoncooper.com

[X]:   BY ELECTRONIC MAIL:

As follows: I hereby certify that I served the above-described document on the interested parties in this action by attaching an electronic copy of the document to an email addressed to the parties listed below at their most recent e-mail address of record in this action. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]:   (FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 8, 2024, in Los Angeles, California.

_____
John Begakis

PROOF OF SERVICE