**ALTVIEW LAW GROUP, LLP**
John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
Sheena B. Tehrani, Esq. (SBN 326373)
sheena@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, California 90212
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

*Attorneys for Plaintiff*
THAT ONE VIDEO ENTERTAINMENT, LLC, a
California limited liability company

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO: 2:23-cv-02687 SVW (JCx) <br><br> [Assigned to the Hon. Stephen V. Wilson; Ctrm 10A] <br><br> **DECLARATION OF JOHN BEGAKIS IN SUPPORT OF PLAINTIFF'S MOTION AND MOTION FOR SUMMARY ADJUDICATION** <br><br> [*Motion; Declarations of Jacque Khalil, Daniel Tracey, William Francis, and Benjamin Lau, Esq.; Separate Statement of Undisputed Facts; and [Proposed] Order filed concurrently herewith*] <br><br> **Hearing** <br> Date:  September 9, 2024 <br> Time: 1:30 p.m. <br> Dept.: Courtroom 10A (10th Floor) <br> 350 W. First Street <br> Los Angeles, CA 90012 <br> Judge: Hon. Stephen V. Wilson |

## DECLARATION OF JOHN BEGAKIS

I, John Begakis, declare and state as follows:

1.       I am an attorney duly licensed to practice law in the State of California and before this Court. I am a founding partner at AltView Law Group, LLP and counsel for Plaintiff THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company ("TOVE" or "Plaintiff"). I hereby submit this declaration in support of Plaintiff's Motion for Summary Adjudication (the "Motion"). I know all of the following facts of my own personal knowledge and, if called upon and sworn as a witness, could and would competently testify thereto.

2.       On or about July 7, 2023, Plaintiff filed its operative FAC against Defendants KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL ("NoPixel") and MITCHELL CLOUT, an individual ("Clout") (collectively, "Defendants").

3.       On or about April 8, 2024, Plaintiff served its Interrogatories on Defendants. On or about June 5, 2024, Defendants served supplemental responses to Plaintiffs First Set of Interrogatories, which included a verification (the "Defendant Supplemental Interrogatory Responses"). Notably, the Defendant Supplemental Interrogatory Responses include the following:

**INTERROGATORY NO. 2:**

State the terms of any agreement YOU entered into for TRACEY to render the SERVICES.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and oppressive. Responding Party further objects to the definition of the term "SERVICES" on the grounds that Propounding Party's definition is vague, ambiguous, compound and overbroad.

Without waiving said objections, Responding Party responds as follows: On April 22, 2020, TRACEY signed the NOPIXEL Terms of Service and joined the NOPIXEL community as a community member. At no point during this time was TRACEY contracted or engaged by NOPIXEL for any services. Then on May 14, 2021, TRACEY was contracted by NOPIXEL to provide NOPIXEL full-time services as a front-end developer at a rate of $10,000 USD per month (the "First NOPIXEL Agreement"). Following a year of collaboration with NOPIXEL, TRACEY and CLOUT, on behalf of NOPIXEL, further agreed on March 14, 2022 to the terms of the Second NOPIXEL Agreement, which included TRACEY'S services to NOPIXEL as a back-end developer. Under this Second NOPIXEL Agreement, during the period of TRACEY's engagement with NOPIXEL, TRACEY would receive (1) 50% of Whitelist Priority Revenue and (2) 50% of Tebex Whitelist Priority International Server revenue for both the India and Brazil/Spain servers. Under the Second NOPIXEL Agreement, TRACEY's eligibility for these benefits hinged upon fulfilling several conditions: maintaining an average completion rate of 4 agreed modules per month, as tracked and agreed upon via Trello, demonstrating flexibility to work minimum hours per month with assigned tasks, and providing assistance in building in-game mechanics and approving development ideas and/or bounties if CLOUT was unavailable to do so. Additionally, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

True and correct copies of the Defendant Supplemental Interrogatory Responses are attached hereto as Exhibit "A" and incorporated herein by this reference.

4.     On or about March 29, 2024, Defendants served its First Set of Requests for Production of Documents. On or about April 26, 2024, Plaintiff provided responses to such requests, and on or about May 3, 2024, Plaintiff served its responsive documents thereto, including TOVE000001-TOVE000004 ("Plaintiff's First Set of Document Production"). True and correct copies of

Plaintiff's First Set of Document Production are attached hereto as Exhibit "B" and incorporated herein by this reference.

5.    On or about April 8, 2024, Plaintiff served its requests for production of documents. Defendants provided responsive documents thereto on or about May 8, 2024 ("Defendants' Document Production"), including MC0106-MC0109. True and correct copies of Defendants' Document Production are attached hereto as Exhibit "C" and incorporated herein by this reference.

6.    On or about July 9, 2024, Plaintiff took the deposition of Defendant Clout as the Person Most Knowledgeable for Defendant NoPixel (the "NoPixel PMK Depo"). During that deposition, Defendant testified to: (a) that he operates a very successful videogame server, wherein users can "role-play" with others playing a heavily modified "open world" version of the videogame "Grand Theft Auto V" (the "Game") (22:10-15; 104:20-105:2); (b) that players of the Game can make significant changes to the visual aesthetics of the in-Game environment (96:17-25, 97:5-21, and 98:17-25); (c) there is a "very big difference" between a player making changes to the appearance of the in-Game environment, and a developer creating new 3D models of that environment, or other structural modifications to the Game (100:13-23); (d) the process with which an individual aspiring to be a player of the Game becomes a community member to register an account (47:16-21, 48:1-49:2, 50:7-8, 50:16-23, 58:9-24); (e) the process each community member must be "whitelisted" to gain access to play the Game (47:16-21, 48:1-49:2, 50:7-8, 50:16-23, 58:9-24); (f) the process with which someone can be a developer for the Game (52:19-53:3, 65:10-16, 66:7-10); (g) that at the time Mr. Tracey applied to become a developer, Defendants did not require developers to enter into any separate agreements (65:22-25); (h) that Defendants have now changed that policy to require developers to execute separate written agreements (68:10-17, 68:22-23); (i) the process of players registering an account and accepting the "Terms and Rules" set forth on the NoPixel Website (the "Terms of Service") (52:6-18; 55:21-56:4; 58:9-

3

DECLARATION OF JOHN BEGAKIS

20; 66:22-67:7; 69:21-25); (j) that it is impossible for anyone to join the NoPixel Server without agreeing to the Terms of Service (52:6-18; 55:21-56:4; 58:9-20; 66:22-67:7; 69:21-25); (k) that Mr. Tracey applied to be a developer of the Game (115:15-24); (*l*) that Mr. Tracey's first attempt to apply was rejected (115:15-24; 116:7-117:19); (m) that Mr. Tracey did not execute any separate written agreement that addressed his anticipated contributions to the NoPixel Server as a developer (117:20-118:23); (n) that Defendant Clout offered to formally pay Mr. Tracey to render development services, agreeing to $10,000 per month for Mr. Tracey's role as "developer" (134:7-13); (o) that Defendant Clout offered to memorialize the terms of this agreement in a separate written contract (131:22-132:21); (p) that a personal dispute arose between Defendant Clout and Mr. Tracey over the operation of the NoPixel Server (153:25-154:13); and (q) that Defendant NoPixel allegedly terminated Mr. Tracey on or about December 27, 2022 (171:23-172:2) . True and correct copies of the portions of the NoPixel PMK Depo evidencing such testimony, and the exhibits thereto, located at (page:line) 22:10-15, 47:16-21, 48:1-49:2, 50:7-8, 50:16-23, 52:6-18, 52:19-53:3, 55:21-56:4, 58:9-24; 58:9-20, 65:10-16, 65:22-25, 66:7-10, 66:22-67:7, 68:10-17, 68:22-23, 69:21-25, 96:17-25, 97:5-21, 98:17-25, 100:13-23, 104:20-105:2, 115:15-24, 116:7-117:19, 117:15-18, 117:20-118:23, 131:22-132:22, 134:7-13, 153:25-154:13, 159:16-24 of the deposition transcript, are attached hereto as Exhibit "D" and incorporated herein by this reference.

7.     On or about July 11, 2024, Defendants took the deposition of Daniel Tracey (the "Tracey Depo"). During that Deposition, Mr. Tracey testified to: (a) that he is a talented software engineer from the United Kingdom (14:12-13; 99:4-8); (b) that he made contributions to the NoPixel Server before being a community member (43:6-10); (c) that he does not recall applying through the standard onboarding process to become a developer, nor accepting the Terms of Service (39:22-24); (d) that he became "lead developer" and his responsibilities (64:23-65:11); (e) that Defendant NoPixel paid TOVE through him (165:7-17); (f) that he created a new

DECLARATION OF JOHN BEGAKIS

code base for the "back-end" information management systems of the NoPixel Server (201:14-202:7); (g) his contribution to the payment systems, (201:14-202:7); (h) that Defendant Clout agreed to make Mr. Tracey a 50% partner in the NoPixel Server (55:4-21); (i) that his personal dispute eventually culminated in Defendants terminating him without informing him of such termination (171:23-172:2); and (j) that Defendants publicly accused Mr. Tracey of a "data breach" to the NoPixel Server (172:20-25). True and correct copies of the portions of the Tracey Depo evidencing such testimony, located at (page:line) 14:12-13, 39:22-24, 43:6-10; 55:4-21, 64:23-65:11, 99:4-8, 165:7-17, 171:23-172:2, 172:20-25, 201:14-202:7 of the deposition transcript, are attached hereto as Exhibit "E" and incorporated herein by this reference.

8.      On or about July 12, 2024, Defendants took the deposition of Jacques Khalil as the Person Most Knowledgeable for Plaintiff (the "TOVE PMK Depo"). During that Deposition, Mr. Khalil testified to the fact that TOVE is a U.S.-based content creation and business management company (9:23-10:23). True and correct copies of the portions of the TOVE PMK Depo evidencing such testimony, located at (page:line) 9:23-10:23 of the deposition transcript, are attached hereto as Exhibit "F" and incorporated herein by this reference.

9.      On or about July 23, 2024, I met and conferred in person at my office with counsel for Defendants, Larry Zerner, Esq., as required by Local Rule 7-3, regarding Plaintiff's intention to file this Motion and seek summary adjudication as to Plaintiff's First Cause of Action for Declaratory Relief. We discussed the substance of the arguments Plaintiff has made in this Motion, but were unable to come to a potential resolution that would avoid filing of the same.

///
///
///
///

5
DECLARATION OF JOHN BEGAKIS

1        I declare under penalty of perjury under the laws of the State of California

2    that the foregoing is true and correct, and that this Declaration was executed on

3    August 12, 2024, at Los Angeles, California.

4

5    _____

6    JOHN BEGAKIS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOHN BEGAKIS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing electronically filed document has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3.

Dated: August 12, 2024                    By: __/s/ John Begakis_____
                                                              John M. Begakis

# EXHIBIT "A"

LARRY ZERNER, ESQ. (155473)
MORRISON COOPER LLP
10900 Wilshire, Suite 930
Los Angeles, CA 90024
Tel: (310) 773-3623
Email: Larry@MorrisonCooper.com

*Attorney for Defendants*,
Mitchell Clout and Koil Content Creation Pty Ltd.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company | Case No.:  2:23-CV-02687 SVW (JCx) |
| Plaintiff, | **KOIL CONTENT CREATION PTY LTD.'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |
| v. | |
| KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive, | Action Filed: April 10, 2023 |
| | Trial Date: September 17, 2024 |
| Defendants. | |

PROPOUNDING PARTY:    Plaintiff,      THAT ONE VIDEO ENTERTAINMENT, LLC

RESPONDING PARTY:     Defendant,      KOIL CONTENT CREATION PTY LTD.

SET NUMBER:             ONE    (1)

        Pursuant to Rule 33 of the Federal Rules of Civil Procedure ("FRCP"), Defendant

KOIL CONTENT CREATION PTY LTD. ("Responding Party") hereby responds to the First

Set of Special Interrogatories served on Responding Party by Plaintiff, THAT ONE VIDEO

ENTERTAINMENT, LLC, a limited liability company ("Requesting Party").

## PRELIMINARY STATEMENT

        These responses are made solely for the purpose of this action and are subject to all

objections as to competence, relevance, materiality, propriety and admissibility to any and all other objections on any grounds that would require the exclusion of any statement herein if the information contained in these responses were asked of, or statements contained in these responses were asked of, or statements contained herein were made by, a witness present and testifying in court, all of which objections and grounds are strictly reserved and may be interposed at the time of trial.

The following responses are based upon the information and writings presently available to and located by Defendant who has not yet completed its investigation of the facts relating to this case and has not yet completed discovery in this action or preparation for trial. The responses given herein are without prejudice to Defendant's rights to produce evidence of additional facts.

No incidental or implied admissions are intended by the responses herein. Defendant's response to any Interrogatory should not be taken as an admission that Defendant accepts or admits the existence of any facts, statements, definitions, or legal conclusions set forth or arising from such Interrogatories, responses, or both. That Defendant has answered part or all of any Interrogatory is not intended to be, and should not be construed to be, a waiver by Defendant of any part of any objection to any such Interrogatory. To the extent that any or all of the Interrogatories call for information prepared in anticipation of litigation or for trial, or which is otherwise covered by the work-product doctrine, or is protected from disclosure by the attorney-client privilege, Defendant objects to each such Interrogatory and will not supply or render information protected from discovery.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO.1:**

Describe how YOU and/or CLOUT came to know of TRACEY.

**RESPONSE TO INTERROGATORY NO. 1:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and oppressive.

Without waiving said objections, Responding Party responds as follows: Responding Party can respond to this Interrogatory only for itself (NOPIXEL). In or around May 2020, TRACEY submitted a Developer Application to NOPIXEL.

**INTERROGATORY NO.2:**

State the terms of any agreement YOU entered into for TRACEY to render the SERVICES.

**RESPONSE TO INTERROGATORY NO. 2:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, and oppressive. Responding Party further objects to the definition of the term "SERVICES" on the grounds that Propounding Party's definition is vague, ambiguous, compound and overbroad.

Without waiving said objections, Responding Party responds as follows: On April 22, 2020, TRACEY signed the NOPIXEL Terms of Service and joined the NOPIXEL community as a community member. At no point during this time was TRACEY contracted or engaged by NOPIXEL for any services. Then on May 14, 2021, TRACEY was contracted by NOPIXEL to provide NOPIXEL full-time services as a front-end developer at a rate of $10,000 USD per month (the "First NOPIXEL Agreement"). Following a year of collaboration with NOPIXEL, TRACEY and CLOUT, on behalf of NOPIXEL, further agreed on March 14, 2022 to the terms of the Second NOPIXEL Agreement, which included TRACEY'S services to NOPIXEL as a back-end developer. Under this Second NOPIXEL Agreement, during the period of TRACEY's engagement with NOPIXEL, TRACEY would receive (1) 50% of Whitelist Priority Revenue and (2) 50% of Tebex Whitelist Priority International Server revenue for both the India and Brazil/Spain servers. Under the Second NOPIXEL Agreement, TRACEY's eligibility for these benefits hinged upon fulfilling several conditions: maintaining an average completion rate of 4 agreed modules per month, as tracked and agreed upon via Trello, demonstrating flexibility to work minimum hours per month with assigned tasks, and providing assistance in building in-game mechanics and approving development ideas and/or bounties if

CLOUT was unavailable to do so. Additionally, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO.3:**

State the terms of YOUR AGREEMENT with TOVE.

**RESPONSE TO INTERROGATORY NO. 3:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, oppressive and calls for a legal conclusion.

Without waiving said objections, Responding Party responds as follows: Responding Party did *not* have an AGREEMENT with TOVE. Additionally, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO.4:**

Describe YOUR and/or CLOUT's understanding of TOVE, and TOVE's relationship to TRACEY, at the time YOU agreed to engage TRACEY to render the SERVICES.

**RESPONSE TO INTERROGATORY NO. 4:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, oppressive, calls for a legal conclusion, and the information is equally available to Propounding Party. Responding Party further objects to the definition of the term "SERVICES" on the grounds that Propounding Party's definition is vague, ambiguous, compound and overbroad.

Without waiving said objections, Responding Party responds as follows: Responding Party can respond to this Interrogatory only for itself (NOPIXEL). On May 14, 2021, when NOPIXEL initially engaged TRACEY for his services as a front-end developer, it was not aware of TOVE or any relationship between TRACEY and TOVE. Additionally, discovery is

ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO.5:**

Identify and describe each server that comprised the NOPIXEL SERVER.

**RESPONSE TO INTERROGATORY NO. 5:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad as to time, unduly burdensome, oppressive. Responding Party further objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence.

In addition, the phrase NOPIXEL SERVER, is vague and ambiguous in that Responding Party never shut down the NOPIXEL SERVER.  Without waiving any of the foregoing objections, Responding Party responds as follows: Responding Party is *unable to identify and describe* the NOPIXEL SERVER as the definition provided by Propounding Party for the "NOPIXEL SERVER" does not align with the comprehensive understanding of Responding Party's server infrastructure. The description provided in Paragraph 11 of the First Amended Complaint lacks specificity and fails to capture the entirety of the server operations. Please see document <u>Bates #MC0130</u>, which lists all of the NOPIXEL servers. Additionally, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO. 6:**

Identify and describe TRACEY's contributions to the underlying code-based infrastructure of the NOPIXEL SERVER.

**RESPONSE TO INTERROGATORY NO. 6:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a

compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad as to time, unduly burdensome, oppressive. Responding Party further objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence. In addition, the phrase NOPIXEL SERVER, is vague and ambiguous in that Responding Party never shut down the NOPIXEL SERVER.

Without waiving any of the foregoing objections, Responding Party responds as follows: In February 2022, TRACEY was commissioned as an independent contractor to set up a payment API, linking the NoPixel server to its payment processing system, Tebex. The initial API was created by another NoPixel developer in early 2021, and TRACEY's contribution involved updating parts of this payment infrastructure. These tasks involved identifying and transferring available from an open-source API to the Tebex platform. Throughout TRACEY's tenure, TRACEY modified the NOPIXEL SERVER based on NoPixel's payment platform requirements, including web-based, server-based, and game-based sections. Lastly, discovery is ongoing. Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO.7:**

State the number of hours that TRACEY worked on the NOPIXEL SERVER.

**RESPONSE TO INTERROGATORY NO. 7:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad as to time, unduly burdensome, oppressive. Responding Party further objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence.

In addition, the phrase NOPIXEL SERVER, is vague and ambiguous in that Responding Party never shut down the NOPIXEL SERVER. Without waiving said objections,

Responding Party responds as follows: The exact number of hours TRACEY worked cannot be ascertained due to his status as an independent contractor. TRACEY was tasked with producing modules and achieving milestones as outlined in the Discord agreement, rather than working specified hours. Additionally, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO.8:**

State all facts regarding YOUR decision to terminate TRACEY's SERVICES.

**RESPONSE TO INTERROGATORY NO. 8:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, oppressive, calls for speculation, and the information is equally available to Propounding Party. Responding Party further objects to the definition of the term "SERVICES" on the grounds that Propounding Party's definition is vague, ambiguous, compound and overbroad.

Without waiving said objections, Responding Party responds as follows: TRACEY was engaged as a developer at NOPIXEL, tasked with coding and various related responsibilities. However, issues arose when TRACEY began attempting to exert undue influence over NOPIXEL's administrative, roleplay, and other related systems beyond his designated scope, despite lacking qualifications or management requests to do so. Numerous complaints were received regarding TRACEY'S behavior, characterized by an agitated demeanor and persistent boundary overstepping. Moreover, TRACEY issued multiple ultimatums, demanding changes to the NOPIXEL business operations and overall management structure under a persistent threat of departure. When these demands were not met, TRACEY voluntarily parted ways with NOPIXEL. Subsequently, on December 28, 2022, TRACEY requested to transfer all relevant information in his possession to NOPIXEL admins as he decided to voluntarily quit his role as a NOPIXEL developer. Additionally, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

1  **INTERROGATORY NO.9:**

2  　　State all facts regarding YOUR decision to revoke TRACEY's authorization to access

3  the NOPIXEL SERVER before advising him of such revocation.

4  **RESPONSE TO INTERROGATORY NO.9:**

5  　　Objection. Responding Party incorporates by references its Preliminary Statement as

6  though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a

7  compound and/or conjunctive and/or disjunctive question. Responding Party objects to this

8  Interrogatory on the grounds that it is vague, ambiguous, overbroad as to time, unduly

9  burdensome, oppressive. Responding Party further objects to this Interrogatory as it seeks

10  information that is not relevant to the issues in this case and is not reasonably calculated to lead

11  to the discovery of admissible evidence.

12  　　In addition, the phrase NOPIXEL SERVER, is vague and ambiguous in that

13  Responding Party never shut down the NOPIXEL SERVER.  Without waiving any of the

14  foregoing objections, Responding Party responds as follows: It is standard protocol to

15  immediately revoke access to a contractor upon parting ways, particularly following a

16  disagreement outside of their area of expertise.

17  **INTERROGATORY NO.10:**

18  　　State all facts regarding YOUR decision to launch one or more new servers to run the

19  GAME after shutting down the NOPIXEL SERVER.

20  **RESPONSE TO INTERROGATORY NO.10:**

21  　　Objection. Responding Party incorporates by references its Preliminary Statement as

22  though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a

23  compound and/or conjunctive and/or disjunctive question. Responding Party objects to this

24  Interrogatory on the grounds that it is vague, ambiguous, overbroad as to time, unduly

25  burdensome, oppressive. Responding Party further objects to this Interrogatory as it seeks

26  information that is not relevant to the issues in this case and is not reasonably calculated to lead

27  to the discovery of admissible evidence.

28

In addition, the phrase NOPIXEL SERVER, is vague and ambiguous in that Responding Party never shut down the NOPIXEL SERVER.  Without waiving any of the foregoing objections, Responding Party responds as follows: Responding Party is *unable to state all facts* under this Interrogatory as the definition provided by Propounding Party for the "NOPIXEL SERVER" does not align with the comprehensive understanding of Responding Party's server infrastructure. The description provided in Paragraph 11 of the First Amended Complaint lacks specificity and fails to capture the entirety of the server operations.

Without waiving any of the foregoing objections, Responding Party responds as follows: The decision to launch new servers is a standard practice that has been employed by NOPIXEL for approximately 10 years. This process involves implementing new changes or updates, which necessitate the creation of new servers to accommodate these modifications. Additionally, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO.11:**

State all facts regarding how any new server set up to run the GAME was built.

**RESPONSE TO INTERROGATORY NO.11:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad as to time, unduly burdensome, oppressive. Responding Party further objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence.

In addition, the phrase NOPIXEL SERVER, is vague and ambiguous in that Responding Party never shut down the NOPIXEL SERVER.  Without waiving any of the foregoing objections, Responding Party responds as follows: The process of building new servers to run the GAME has been a longstanding practice, spanning approximately 10 years. NOPIXEL'S approach involves harnessing the collective talent of its online community, which

comprises highly skilled developers and collaborators. These individuals, upon signing up to the NOPIXEL website, authorize the use of their work and come together to collaborate on NOPIXEL projects. Under CLOUT's guidance, the community collectively envisions and creates NOPIXEL'S evolving projects, drawing inspiration from the diverse role-players, content creators, and community members. Additionally, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO.12:**

Identify each individual who has contributed to the development of the underlying code-based infrastructure of any new server set up to run the GAME.

**RESPONSE TO INTERROGATORY NO.12:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, oppressive, calls for speculation, and the information is equally available to Propounding Party. Responding Party further objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence.

Without waiving any of the foregoing objections, Responding Party responds as follows: Please see attached documents Bates #MC0127 and Bates #MC0128 for the list of each individual who has contributed to the underlying code-based infrastructure of any new server set up to run the GAME. Additionally, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO.13:**

Identify and describe each portion of any new server set up to run the GAME that was originally built by TRACEY.

**RESPONSE TO INTERROGATORY NO.13:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a

compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, oppressive, calls for speculation, and the information is equally available to Propounding Party. Responding Party further objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence.

Without waiving any of the foregoing objections, Responding Party responds as follows: There are no servers that were originally built by TRACEY. Additionally, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO.14:**

Identify and describe each portion of any new server set up to run the GAME that originally results from the results and/or proceeds of the SERVICES.

**RESPONSE TO INTERROGATORY NO.14:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, oppressive, calls for speculation, and the information is equally available to Propounding Party. Responding Party objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence. Responding Party further objects to the definition of the term "SERVICES" on the grounds that Propounding Party's definition is vague, ambiguous, compound and overbroad.

Without waiving any of the foregoing objections, Responding Party responds as follows: The portion of any new server set up to run the GAME that originates directly from the results and/or proceeds of TRACEY'S services is estimated to be substantially minimal. As per NOPIXEL'S assessment, TRACEY'S contributions account for less than 1% of the NOPIXEL platform, and potentially even less, possibly falling below 0.1% of the overall data.

Please see attached document Bates#MC129 for TRACEY'S overall contributions to the platform.

**INTERROGATORY NO.15:**

Identify all revenues generated, and costs incurred, from YOUR operation of the NOPIXEL SERVER.

**RESPONSE TO INTERROGATORY NO.15:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad as to time, unduly burdensome, oppressive.  Responding Party further objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence.

Notwithstanding and without waiving these objections, Responding Party provides the following supplemental response: The subject documents are already in the possession, custody, and control of the Propounding Party insofar as the requested documents were produced to the Propounding Party on or about May 8, 2024. The responsive documents are contained within Bates #MC0068 to Bates #MC0072 produced herewith, which reflect the 50% net participation agreement between TRACEY and NoPixel via Discord on March 14, 2022. Propounding Party's definition of "NOPIXEL SERVER" is otherwise overbroad as it: (a) encompasses over 172 servers, (b) would require production of financial documents unrelated to this litigation, (c) wholly unrelated to any work performed by TRACEY, and (d) is, therefore, not calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO.16:**

Identify all revenues generated, and costs incurred, from YOUR operation of any new server on which YOU have, and/or continue to, run the GAME since shutting down the NOPIXEL SERVER.

**RESPONSE TO INTERROGATORY NO.16:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, oppressive. Responding Party further objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence.

Notwithstanding and without waiving these objections, Responding Party provides the following supplemental response: The subject documents are already in the possession, custody, and control of the Propounding Party insofar as the requested documents were produced to the Propounding Party on or about May 8, 2024. The responsive documents are contained within Bates #MC0068 to Bates #MC0072 produced herewith, which reflect the 50% net participation agreement between TRACEY and NoPixel via Discord on March 14, 2022. Propounding Party's definition of "NOPIXEL SERVER" is otherwise overbroad as it: (a) encompasses over 172 servers, (b) would require production of financial documents unrelated to this litigation, (c) wholly unrelated to any work performed by TRACEY, and (d) is, therefore, not calculated to lead to the discovery of admissible evidence.

**INTERROGATORY NO.17:**

Identify each and every repository containing source code for the NOPIXEL SERVER as of the date of YOUR decision to shut down the NOPIXEL SERVER.

**RESPONSE TO INTERROGATORY NO.17:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad as to time, unduly burdensome, oppressive. Responding Party further objects to this Interrogatory as it seeks

1    information that is not relevant to the issues in this case and is not reasonably calculated to lead

2    to the discovery of admissible evidence.

3        In addition, the phrase NOPIXEL SERVER, is vague and ambiguous in that

4    Responding Party never shut down the NOPIXEL SERVER. Without waiving any of the

5    foregoing objections, Responding Party responds as follows: Responding Party cannot

6    ascertain the information for this Interrogatory as the definition provided by Propounding Party

7    for the "NOPIXEL SERVER" does not align with the comprehensive understanding of

8    Responding Party's server infrastructure. The description provided in Paragraph 11 of the First

9    Amended Complaint lacks specificity and fails to capture the entirety of the server operations.

10   However, the NOPIXEL platform, and its corresponding source code can be found here:

11   https://github.com/itsKoil. Responding Party will provide full access to the GitHub server to

12   Propounding Party's expert witness at a mutually agreed upon time. Additionally, discovery is

13   ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its

14   responses to this Interrogatory.

15   **INTERROGATORY NO.18:**

16       Identify each and every individual with access to any repository containing source code

17   for the NOPIXEL SERVER as of the date of YOUR decision to shut down the NOPIXEL

18   SERVER.

19   **RESPONSE TO INTERROGATORY NO.18:**

20       Objection. Responding Party incorporates by references its Preliminary Statement as

21   though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a

22   compound and/or conjunctive and/or disjunctive question. Responding Party objects to this

23   Interrogatory on the grounds that it is vague, ambiguous, overbroad as to time, unduly

24   burdensome, oppressive. Responding Party further objects to this Interrogatory as it seeks

25   information that is not relevant to the issues in this case and is not reasonably calculated to lead

26   to the discovery of admissible evidence.

27       In addition, the phrase NOPIXEL SERVER, is vague and ambiguous in that

28   Responding Party never shut down the NOPIXEL SERVER. Without waiving any of the

foregoing objections, Responding Party responds as follows: Responding Party cannot ascertain the information for this Interrogatory as the definition provided by Propounding Party for the "NOPIXEL SERVER" does not align with the comprehensive understanding of Responding Party's server infrastructure. The description provided in Paragraph 11 of the First Amended Complaint lacks specificity and fails to capture the entirety of the server operations. However, individuals with access to the repository containing source code for the NOPIXEL platform can be found in documents Bates #MC0127 and Bates #MC0128 produced herewith. Additionally, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO.19:**

Identify each and every repository containing source code for any new server on which YOU have, and/or continue to, run the GAME since shutting down the NOPIXEL SERVER, including every repository containing the full history of such source code, and all updates thereto, from the date of YOUR decision to shut down the NOPIXEL SERVER to today.

**RESPONSE TO INTERROGATORY NO.19:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad as to time, unduly burdensome, oppressive. Responding Party further objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence.

In addition, the phrase NOPIXEL SERVER, is vague and ambiguous in that Responding Party never shut down the NOPIXEL SERVER. Without waiving any of the foregoing objections, Responding Party responds as follows:

Responding Party cannot ascertain the information for this Interrogatory as the definition provided by Propounding Party for the "NOPIXEL SERVER" does not align with the comprehensive understanding of Responding Party's server infrastructure. The description

provided in Paragraph 11 of the First Amended Complaint lacks specificity and fails to capture the entirety of the server operations. However, the NOPIXEL source code can be found here: https://github.com/itsKoil. Responding Party will provide full access to the GitHub server to Propounding Party's expert witness at a mutually agreed upon time. Additionally, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO.20:**

Identify each and every individual with access to any repository containing source code for any new server on which YOU have, and/or continue to, run the GAME since shutting down the NOPIXEL SERVER, including every repository containing the full history of such source code, and all updates thereto, from the date of YOUR decision to shut down the NOPIXEL SERVER to today.

**RESPONSE TO INTERROGATORY NO.20:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad as to time, unduly burdensome, oppressive. Responding Party further objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence.

In addition, the phrase NOPIXEL SERVER, is vague and ambiguous in that Responding Party never shut down the NOPIXEL SERVER.  Without waiving any of the foregoing objections, Responding Party responds as follows: Responding Party cannot ascertain the information for this Interrogatory as the definition provided by Propounding Party for the "NOPIXEL SERVER" does not align with the comprehensive understanding of Responding Party's server infrastructure. The description provided in Paragraph 11 of the First Amended Complaint lacks specificity and fails to capture the entirety of the server operations. However, individuals with access to the repository containing source code for the NOPIXEL

platform can be found in documents Bates #MC0127 and Bates #MC0128 produced herewith. Additionally, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO.21:**

Identify each and every repository containing source code that is running dashboard.nopixel.net, including every repository containing a fully history of such source code, and all updates thereto, from the date of YOUR decision to shut down the NOPIXEL SERVER to today.

**RESPONSE TO INTERROGATORY NO.21:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad as to time, unduly burdensome, oppressive. Responding Party further objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence.

In addition, the phrase NOPIXEL SERVER, is vague and ambiguous in that Responding Party never shut down the NOPIXEL SERVER.  Without waiving any of the foregoing objections, Responding Party responds as follows: Responding Party cannot ascertain the information for this Interrogatory as the definition provided by Propounding Party for the "NOPIXEL SERVER" does not align with the comprehensive understanding of Responding Party's server infrastructure. The description provided in Paragraph 11 of the First Amended Complaint lacks specificity and fails to capture the entirety of the server operations. However, the main repository housing the source code for dashboard.nopixel.net is accessible via https://github.com/itsKoil. This repository contains a thorough chronicle of the NOPIXEL source code, documenting all subsequent updates and modifications. Responding Party will provide full access to the GitHub server to Propounding Party's expert witness at a mutually agreed upon time. Moreover, it is imperative to clarify that dashboard.nopixel.net, although

created by TRACEY, is not an intrinsic component of the GAME itself but rather functions as a web interface that links applications made by Spanish users (outside of the GAME) to their respective FiveM ID tags. Additionally, the Spanish server operated at a cost-neutral or deficit state, with revenues failing to exceed operational expenses, which is why that feature was eventually disabled . Moreover, discovery is ongoing. As such, Responding Party reserves the right to supplement, amplify or amend its responses to this Interrogatory.

**INTERROGATORY NO.22:**

Identify each and every individual with access to any repository containing source code that is running dashboard.nopixel.net, including every repository containing a fully history of such source code, and all updates thereto, from the date of YOUR decision to shut down the NOPIXEL SERVER to today.

**RESPONSE TO INTERROGATORY NO.22:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad as to time, unduly burdensome, oppressive. Responding Party further objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence.

In addition, the phrase NOPIXEL SERVER, is vague and ambiguous in that Responding Party never shut down the NOPIXEL SERVER.  Without waiving any of the foregoing objections, Responding Party responds as follows: Responding Party cannot ascertain the information for this Interrogatory as the definition provided by Propounding Party for the "NOPIXEL SERVER" does not align with the comprehensive understanding of Responding Party's server infrastructure. The description provided in Paragraph 11 of the First Amended Complaint lacks specificity and fails to capture the entirety of the server operations. However, in response to the request the following individuals with access to any repository containing source code that is running dashboard.nopixel.net, including every repository

containing a full history of such source code, and all updates thereto, are as follows: (1) CLOUT, (2) Nikez, and (3) xlAlexanderlx.

**INTERROGATORY NO.23:**

If YOUR answer to any of TOVE's concurrently served Requests for Admission is anything other than an unqualified admission, state all facts regarding any such answer.

**RESPONSE TO INTERROGATORY NO.23:**

Objection. Responding Party incorporates by references its Preliminary Statement as though fully set forth herein. Responding Party objects to this Interrogatory, as it contains a compound and/or conjunctive and/or disjunctive question. Responding Party objects to this Interrogatory on the grounds that it is vague, ambiguous, overbroad, unduly burdensome, oppressive, calls for speculation, and the information is equally available to Propounding Party. Responding Party further objects to this Interrogatory as it seeks information that is not relevant to the issues in this case and is not reasonably calculated to lead to the discovery of admissible evidence.

Responding Party further objects to this Interrogatory on the basis that it exceeds the prescribed limitations regarding the number of requests outlined in Rule 33 of the Federal Rules of Civil Procedure. The number of interrogatories served without leave of court is limited, and since providing an answer to each separate Request for Admission that was denied would count as a separate Interrogatory, this Interrogatory exceeds this limit. NOPIXEL is only obligated to respond to the first 25 interrogatories.

DATED: June 5, 2024

**MORRISON COOPER, LLP**

*Larry Zerner*

Larry Zerner,
*Attorneys for Defendant*,
KOIL CONTENT CREATION
PTY LTD., an Australian
proprietary limited company

## <u>VERIFICATION</u>

STATE OF CALIFORNIA                    )
                                       ) ss.
COUNTY OF LOS ANGELES                  )

I have read the foregoing DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, and know its contents.

___ I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

__X__ I am __X__ an Officer a partner of KOIL CONTENT CREATION PTY LTD., a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. __X_ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

___ I am one of the attorneys for _____, a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 5, 2024, in Australia.

_____

MITCHELL CLOUT, an individual on behalf of

KOIL CONTENT CREATION PTY LTD.

# EXHIBIT "B"



Dear Danny:

That One Video Entertainment, LLC (the "Company"), is pleased to offer you employment on the following terms:

1. **Position**. Your initial title will be Lead Developer and you will initially report to the Company's COO, Jacque Khalil. As the Company provides Entertainment Services, you may be required to appear on camera and create video tutorials and general media content around the Services you provide. This is a full-time, salaried exempt position. You will be required to work a minimum of 35 hours per week, and will not be eligible for overtime pay.

   During your employment with the Company, you will be required to devote substantially all of your working time and attention to the business of the Company and to performing your job duties as Lead Developer and/or any other position or responsibilities assigned to you.  You agree to perform your duties in a diligent and professional manner.  You will not, without the prior written consent of the Company's COO, engage in any other employment, consulting, or other business activity (whether full-time or part-time) that would (i) create a conflict of interest with the Company; (ii) compete with the Company's existing or reasonably anticipated business, products or services; or (iii) materially interfere with or impede the satisfactory performance of your duties and responsibilities for the Company.   By signing this agreement, you represent and warrant that you have no contractual commitments or other legal obligations to any third party that would prohibit you from performing your duties for the Company.

2. **Salary**. The Company will pay you a starting salary in the gross amount of $105,000 per year.  Your salary will be payable in periodic installments according to the Company's standard payroll schedule, and all payments will be subject to payroll deductions and withholdings required by law. Your salary may be subject to adjustment at the Company's discretion and pursuant to its employee compensation policies in effect from time to time.

3. **Sponsorships.** During your employment you may be eligible to participate in paid sponsorships for the services you provide to the Company.  With respect to all such sponsorships, you agree that: (i) all compensation you earn is to be paid by the third party sponsor entity directly to the Company; (ii) the Company shall retain 30% of the gross amount paid for the sponsorships; and (iii) you shall be paid the remaining 70% of

TOVE000001

the gross amount paid for the sponsorships, subject to and less payroll deductions and withholdings required by law.

4. **Bonus.** During your employment with the Company, you may be eligible to receive an annual Bonus subject to your performance against certain goals, and other terms and conditions, to be determined by the Company.  Decisions concerning whether the Bonus will be paid in a given year, the amount of any such payment, and other terms and conditions of the Bonus, shall be made at the Company's sole discretion.  The Company shall pay any Bonus in one lump sum, subject to required payroll deductions and withholdings, at the end of the year to which it relates.  To be eligible for a Bonus, you must be actively employed by the Company at the time the Bonus is scheduled to be paid.

5. **Expenses**.  The Company will reimburse you for all reasonable and necessary expenses actually incurred by you in performing your duties in accordance with its policies and procedures.  Any expenses submitted by you for reimbursement by the Company must be supported with appropriate receipts, invoices, or other documentation verifying the nature, amount, and date of the expense.

6. **Confidentiality and Non-Disclosure Agreement**. Like all Company employees, you will be required, as a condition of your employment with the Company, to sign and fully comply with the Company's standard Confidentiality and Non-Disclosure Agreement, a copy of which is attached hereto as Exhibit A.

7. **Employee Handbook**. Like all Company employees, you will be required, as a condition of your employment with the Company, to read and sign an acknowledgment of receipt of the Company's Employee Handbook, a copy of which is attached hereto as Exhibit B.  You will be required to fully comply with all applicable policies and procedures set forth in the Handbook throughout your employment.

8. **Ownership Of Intellectual Property.**  During your employment with the Company, any creative or intellectual property developed and originated by you in performing your duties for the Company, will be Company property.  You will not, without an express written agreement signed by the Company's COO, have any rights to the property.

9. **Social Media**.  Your duties will involve developing content for social media, including written content, photos, and videos, related to the entertainment services provided by the Company.  In connection with these social media activities, you must always demonstrate professionalism, and exercise sound judgment and discretion.  In the event you post any content on social media, or engage in online behavior, that is determined by the Company to be: defamatory, discriminatory (based on race, national origin, sex,

religion, sexual orientation, or other classification protected by law), misogynistic, violent or threating violence, overtly prejudicial, pornographic or overtly sexual to the extent not suitable for a general audience, or otherwise inappropriate, you may be subject to disciplinary action, up to and including termination of your employment with the Company.

10. **At-Will Employment.**  Your employment with the Company is for no specific time period. Rather, your employment is "at will," meaning that either you or the Company may terminate your employment at any time and for any reason, with or without cause.  Any contrary representations that may have been made to you are superseded by this letter agreement. This is the full and complete agreement between you and the Company on this term. Although your job duties, title, compensation, and benefits, as well as the Company's personnel policies and procedures, may change from time to time, the "at will" nature of your employment may only be changed in an express written agreement signed by you and a duly authorized officer of the Company (other than you).

11. **Verification of Identity and Employment Authorization.**  For the purpose of compliance with federal immigration law, you will be required to complete a Form I-9 and provide the Company with specified documentary evidence of your identity and eligibility to work in the United States.  You must complete this form and provide the required documentation within three (3) business days from your date of hire.  Your failure to comply with this requirement will result in the termination of your employment with the Company.

12. **Tax Matters.**

   a. **Withholding.** All forms of compensation referred to in this letter agreement are subject to reduction to reflect applicable withholding and payroll taxes and other deductions required by law.

   b. **Tax Advice.** You are encouraged to obtain your own tax advice regarding your compensation from the Company. You agree that the Company does not have a duty to design its compensation policies in a manner that minimizes your tax liabilities, and you will not make any claim against the Company, or its Board of Directors related to tax liabilities arising from your compensation.

13. **Interpretation, Amendment and Enforcement.** This letter agreement and Exhibit A constitute the complete agreement between you and the Company, contain all the terms of your employment with the Company and supersede any prior agreements, representations, or understandings (whether written, oral, or implied) between you and the Company. This letter agreement may not be amended or modified, except by an express written agreement signed by both you and a duly authorized officer of the Company. The terms of this letter agreement and the resolution of any disputes as to the meaning, effect, performance, or validity of this letter agreement or arising out of, related to, or in any way connected with, this letter agreement, your employment with

the Company or any other relationship between you and the Company (the "Disputes") will be governed by California law, excluding laws relating to conflicts or choice of law. You and the Company submit to the exclusive personal jurisdiction of the federal and state courts located in the State of California in connection with any Dispute or any claim related to any Dispute.

We hope that you will accept our offer to join the Company. You may indicate your agreement with these terms and accept this offer by signing and dating this letter agreement and the enclosed Confidentiality and Non-Disclosure Agreement and returning them to HR. This offer, if not accepted, will expire at the close of business on October 31st, 2021. As required by law, your employment with the Company is contingent upon your providing legal proof of your identity and authorization to work in the United States. Your employment is also contingent upon your starting work with the Company on or before October 1st, 2021.

If you have any questions, please contact Jacque Khalil at jkhalil@thatonevideogamer.com or 310-466-4768

Very truly yours,

That One Video Entertainment, LLC

By:

Title: COO

I have read and accept this employment offer on the terms and conditions stated above:

_____

Danny Tracey

Dated: 10/14/2021

That One Video Entertainment, LLC  - 2459 West 208th Street STE 101 | Torrance, CA – 90501

TOVE000004

# EXHIBIT "C"



**EXHIBIT B**

Mr. Tracey's Request to Change Account Name

MC 0106



◀ Facebook

‹ Search      **@Dw**

**Dw** 08/04/2020 11:17 AM
hey bud, hope the wedding/honeymoon is all gucci. have a bit of an annoying request to ask of you when you're back and settled, if you wouldn't mind (edited)

August 16, 2020

**Dw** 08/16/2020 2:44 PM
^ on this, I was wondering if you could do me a solid and change my forum/discord/login name from DwDw to Dw. i could only limit to 3 chars when I first signed up

**Hon** 08/16/2020 2:44 PM
Send me your prior
Profile

**Dw** 08/16/2020 2:45 PM
https://www.nopixel.net/upload/index.php?members/dwdw.158518/

August 17, 2020

**Dw** 08/17/2020 8:51 AM
ty ❤️

August 19, 2020

**Dw** 08/19/2020 12:56 PM
had to rejoin the discord for the name change to take affect, if you wouldn't mind adding the

Jump to Message
MC 0107



**EXHIBIT C**
Timeline Record of Mr. Tracey's NoPixel Account Name Change

MC 0108

😎 Dw · Edited by Honathan

Aug 16, 2020

| User name | DwDw | Dw |
|---|---|---|

😎 Dw

Apr 22, 2020

| Accepted terms and rules | Apr 22, 2020 at 4:43 PM |
|---|---|
| Accepted privacy policy | Apr 22, 2020 at 4:43 PM |

# EXHIBIT "D"

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,, | ) ) ) ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| VS. | ) Case No. |
|  | ) 2:23-cv-02687 CAS |
|  | ) (JCx) |
| KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive, | ) ) ) ) ) |
|  | ) |
| Defendants. | ) |
| _____ | ) |

CERTIFIED COPY

DEPOSITION OF MITCHELL CLOUT

Via Zoom Videoconference

Tuesday, July 9, 2024

Transcribed by:

ASHLEY SANCHEZ
CSR No. 14346

Job No.:
49716MOD-ALT-VC

1                    UNITED STATES DISTRICT COURT

2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4

5    THAT ONE VIDEO                         )
     ENTERTAINMENT, LLC, a                  )
6    California limited liability           )
     company,,                              )
7                                           )
                    Plaintiff,              )
8                                           ) Case No.
           VS.                              ) 2:23-cv-02687 CAS
9                                           ) (JCx)
                                            )
10   KOIL CONTENT CREATION PTY              )
     LTD., an Australian proprietary        )
11   limited company doing business as      )
     NOPIXEL; MITCHELL CLOUT, an            )
12   individual; and DOES 1-25, inclusive,) 
                                            )
13                  Defendants.             )
     _____)

14

15

16           DEPOSITION OF MITCHELL CLOUT, taken on behalf of

17       the Plaintiff via Zoom Videoconference, commencing at

18       2:10 P.M. and concluding at 7:05 P.M. on Tuesday,

19       July 9, 2024, reported by Ashley Sanchez, CSR No.

20       14346, a Certified Shorthand Reporter in and for the

21       State of California, pursuant to Notice.

22

23

24

25

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.        CLOUT, M

1    want to try to establish two definitions that are -- one I

2    don't think will be controversial, but working

3    definitions that we can agree on for purposes of this

4    deposition just to make things a little more easy for both

5    of us and to streamline things.

6            So the noncontroversial one when I say "the game,"

7    do you understand that I am referring to the video game,

8    Grand Theft Auto Five published by Rockstar Games.

9        A    Yup.

10       Q    And the other definition is when I say the terms

11   role-play server or No Pixel server, do you understand that

12   I mean the private version of the game run by a collection

13   of different servers for which users apply to participate

14   in an immersive role-play experience within the game?

15       A    Yup.

16       Q    Okay.  I appreciate that.  Do you maintain the No

17   Pixel Wiki page located at Nopixel.fandom.com?

18       A    Nope.

19       Q    Do you know who does?

20       A    I have got no idea.

21       Q    Okay.  I'm going to introduce into the record

22   what will be marked as Exhibit 2.

23           (Exhibit 2 Marked for Identification)

24   BY MR. BEGAKIS:

25       Q    Let me know when you've had a chance to take a

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.    CLOUT, M

1        Q    Okay.

2        A    It depends, like I said, if the codes for out base

3    vs. what could be outside sourced.

4        Q    Okay.  So let me also clarify again.  When I say

5    the back-end, I mean the back-end with respect to your

6    version of the game as played in an application only

7    closed universe version of the game on the server.  So yes,

8    of course, there is a game created by somebody else that

9    I'm talking about the No Pixel server back-end in the

10   entire No Pixel server back-end.  You understand that?

11       A    Right and it utilizes other people's code so yes

12   the -- yes.  If their stuff updates we have to update too.

13   So -- if it's outsourced stuff then, yes there is people

14   that are assisting, I guess, but otherwise it's purely the

15   No Pixel modifications then not that I'm aware of, no.

16       Q    Okay.  Okay so for version 1.0 how would an

17   aspiring community member apply to become a part of the

18   community?  And I recognize that I think at one point you

19   testified that it was open world.  So when it became white

20   list, to use your terminology what was the process for

21   somebody to become part of the community?

22       A    It's the same process as Arma.  Since Arma was

23   also a white list server they signed up to Nopixel.net

24   They apply and then they either get accepted or they

25   don't get accepted.

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.    CLOUT, M

1    Q    Okay.  So there was a -- so they would go to
2    Nopixel.net?
3    A    Uh-huh.
4    Q    And there would be a page that would tell them
5    how to apply?
6    A    Yup.
7    Q    What were the requirements to apply for version
8    one?
9    A    You would ask questions and you'd just answer the
10   questions in a role-play scenario.  That was the
11   application.
12   Q    Who would ask you the questions?
13   A    It was a post.  So it was the same set of
14   questions for everybody that was doing it.
15   Q    Okay, so somebody would go to Nopixel.net and
16   there would be a list of questions?
17   A    Right after they signed up and you know verified
18   email all that sort of stuff.
19   Q    Okay, so they would go to Nopixel.net and
20   they would be required to input information to quote/
21   un-quote, sign up?
22   A    Yup.
23   Q    And what information would they have to input?
24   A    Steam account, identifier, user name, email, a
25   password, date of birth, I'm pretty sure they're the core

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.    CLOUT, M

```
 1    ones other than that I think there's optional ones for
 2    like Twitch stream, YouTube, whatever after that.
 3        Q    Okay.  And then somebody would reach out to them
 4    with questions?
 5        A    No.  So once you'd get your email you'd, you
 6    know, verify your account.  That was the email like most
 7    websites.  You would accept the terms, the privacy, and
 8    then your account would be established and then you would
 9    see extra forums once you're verified as a member.
10        Q    Okay, how would they accept the terms?
11        A    They have to, you know, it'll pop up on the screen
12    then click the check box and then accept.
13        Q    Okay.  And so was that at the point where they're
14    inputting their information?
15        A    I believe at the end it would be or maybe before.
16    I'm not a hundred percent sure but it's when you're
17    creating your account that it's part of the verification
18    process.
19        Q    Okay, so when you go to Nopixel.net and you
20    enter your information to create an account at some point
21    you're required to check a box to accept the terms of
22    service?
23        A    Yes to verify your account, yes.
24        Q    Okay.  And then assuming they answered the
25    questions right regarding the role-play questions, then
```

1    they would be accepted to the server?

2        A    Yes.  If they met the requirements.  Some people

3    at that point would also -- if they were streamers or

4    friends, people would be accepted you know through other

5    methods but that's generally 99.99 percent of people had

6    to do the application.

7        Q    You said if they met the requirements what were

8    the requirements?

9        A    Just if it was a friend or, you know, a streamer

10   that somebody was friends with or whatever.  Could be

11   anything really.  Just a friend usually of someone in the

12   community.

13       Q    Oh, I just meant -- you said not referring to

14   special cases.  99.99 percent of people, by your

15   testimony, what were the requirements have to be?

16       A    Right.  Right.  Understanding role-play with the

17   questions.

18       Q    As somebody who's never done that, what do you

19   mean by understanding role-play?

20       A    Understanding that your character is a person

21   that isn't exactly yourself.  It's somebody that you're

22   playing like an actor.  Just like in a movie or TV show

23   whatever.  It's a character you create.

24       Q    Okay.  And so you've got to develop that

25   character?

THAT ONE VIDEO ENTERTAINMENT V ROIL CONTENT CREATION PTY LTD.    CLOUT, M

1    to become a developer?

2        A    It was just -- it was a modded community there

3    wasn't really much to it.  If I got a DM or an email,

4    people just showed interest and it's something that's

5    pretty relative to how it works today.

6        Q    Okay.  So somebody's been accepted to the

7    community.  They've been white listed.  They reach out to

8    you and say hey I want to contribute to the development of

9    the source code of the game?

10        A    They could reach out without signing up first.

11        Q    Okay.

12        A    They could email or message us on Twitch comment

13    chat there's plenty of other ways to contact developers

14    and whatnot.

15        Q    Sure.  But I believe you testified that you can't

16    think of a single person who is not also a member of the

17    community; is that correct?

18        A    Once they were, yeah, a developer, yeah.

19        Q    Okay.  Was it more often that they would start as

20    a community member and then become a developer or more

21    often they would start as developer and then become a

22    community member?

23        A    I wouldn't be able to entirely say honestly with

24    that.

25        Q    Best estimate 50/50?

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.    CLOUT, M

```
 1        A    I wouldn't be able to give a proper estimate.
 2   It's just it's a hundred people so I really couldn't give
 3   an accurate measurement, but it is both sides.  I wouldn't
 4   say 50/50 or anything.  I just -- I'm not sure, but
 5   there's definitely different varying sorts, so.
 6        Q    Okay.  I appreciate that.  But the application
 7   process whether you are already community member or you
 8   are reaching out to you to become a developer directly.
 9   The application process is just to reach out to you and
10   say I want to be a developer?
11        A    Back in 1.0 yeah it was a lot different back
12   then, so yes.
13        Q    Did they have to go to any other separate website
14   and fill out an application?
15        A    No.  Just generally we conversed.  They'd show us
16   work and it would just go from there.
17        Q    Did they have to agree -- Did they have to agree
18   to any other separate terms of service?
19        A    In 1.0, no.  Just the websites.  Sign up, that's
20   it.
21        Q    Did they have to provide a resume?
22        A    They don't have to but generally the resume in a
23   work environment like this is your actual work itself not
24   so much not the -- what you've done prior and what not.
25   No one is required to, but people did send in full
```

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.      CLOUT, M

1          Q    And if you're using GitHub then you would just
2     give a developer the username and password to get in?
3          A    Well you would invite them to the GitHub, yeah.
4          Q    And you have to give them the authority to come
5     in, correct?
6          A    Yeah.
7          Q    All right.  That's 1.0.  Let's -- I'm trying to
8     be methodic with this.  2.0.  What was the process -- was
9     the process the same for community members to apply or for
10    aspiring community members to apply to become community
11    members and white listed players to the game?
12         A    So we're not talking about devs?  We're talking
13    about white list to play the game?
14         Q    I'm back now to just -- we're resetting.  No pun
15    intended.  We're talking about version two.
16              If you just wanted to play and participate in the
17    community, you would go to Nopixel.net still?
18         A    Yeah everything is the same.  You would sign up
19    and the white list process was the same that we use in
20    Arma.
21         Q    So for version two same as version one.  You
22    would go to Nopixel.net.  You would enter your
23    contact information.  An email, a name, other basic
24    information.  Your account would get verified, correct?
25         A    Yup.

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.      CLOUT, M

```
 1        Q    Your account would get verified and you'd click a
 2   check box to agree to terms of service, correct?
 3        A    Before it gets verified, yes.  The verification
 4   is at the end when everything is accepted, yes.
 5        Q    Got it.  And then you would receive -- so then
 6   you'd be a member of the community but you'd have to
 7   receive questions and answer those questions appropriately
 8   to become white listed, correct?
 9        A    Yup.
10        Q    Okay.  For version two, was the process of
11   becoming a developer any different?
12        A    It's all just, you know, like I said, even
13   till now, it's just you can apply on the website.  You
14   can send an email.  Some people get picked up from chat.
15   People are friends of friends.  There's no one specific
16   way to become a developer.
17        Q    And I appreciate you indulging me here.  I'm just
18   trying to be methodical with this.  Just I think we have
19   to be just given the nature of the fact that there's
20   multiple versions.
21             For a developer whether they're coming from
22   outside so to speak or coming from within the community,
23   was there any other website they had to go to, to apply.
24        A    To apply to be a community member?
25        Q    To apply to be a developer?
```

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.    CLOUT, M

```
1        Q    Interesting.  Who other than you has admin
2    privileges to the GitHub account?
3        A    Right now?
4        Q    Right now.
5        A    I believe Alex does.  I'm not sure if anybody
6    else does.  It's likely I don't mean -- Alex can invite
7    I'm pretty sure.  So it's an organization not a just you
8    know a single account or whatever.
9        Q    Okay.  Version 3.0.  I'm back to now community
10   members.  So to become a community member for version 3.0
11   you'd still have to go to Nopixel.net?
12       A    Yup.
13       Q    Okay.  You would have to provide basic
14   information to get your account to set up an account and
15   get it verified, correct?
16       A    Yup.
17       Q    You would have to click on terms of service and a
18   privacy policy in order to have that account verified,
19   correct?
20       A    Yup.
21       Q    And then you would receive questions that you
22   would have to answer appropriately in order to be white
23   listed into the community; is that correct?
24       A    Yup.
25       Q    For developers in version three, whether they
```

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.    CLOUT, M

1    they've got to ask to become a developer, right?

2        A    No.  Not necessarily.  It's a bit like -- like I

3    said, it's a bit more than that.  It's not all -- they can

4    get okayed by me, but they don't always generally have to

5    ask me.  Doesn't work like that.

6        Q    It starts with reaching out to you though, right?

7        A    No.  Like I said it could be any of our other

8    developers, word of mouth, you know just Twitch chats,

9    whatever.

10       Q    Do they have to go to any other website to apply?

11       A    Not that I'm aware of, no.  Like I said, there's

12   many ways to apply.  It's not something that is, like,

13   you know, necessarily done in a specific way.

14       Q    All right.  Do they have to agree to any other

15   terms of service?

16       A    In 3.0.  No not that I'm aware of.  Just like you

17   know if they sign up to GitHub, obviously there's TOS.

18   There's the FiveM TOS if they've got a FiveM account, just

19   you know.  Rockstar's.  All that sort of stuff.

20       Q    Did they have to provide a resume?

21       A    No.  Nobody had to do anything.

22       Q    Did you require contributors to the development

23   of the code of 3.0 to sign a written agreement addressing

24   their contributions to the No Pixel server?

25       A    Just when they sign up to the website.

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.    CLOUT, M

```
 1        Q    Just the terms of service that they would click a
 2   check box on if they were applying to become a community
 3   member first, right?
 4        A    Yes to be verified.  Yes, they have to read the
 5   terms of service and accept the terms of service
 6   digitally, yes.
 7        Q    I thought you said they could -- the developers
 8   could come from outside the community; is that right?
 9        A    Right, but you're talking about once they become
10   a developer.  They would be on the website.
11        Q    So they would still have to click -- they would
12   still have to create an account and be verified and click
13   the terms of service, even if they were not in the
14   community first because they'd have to join the community
15   to provide code?
16        A    Yeah.  So if you are a developer, you join our
17   Discord and to join our Discord you need a forum account
18   and that's when you -- you know, it goes to the developer.
19   Because the process is automated from website once you
20   make an account get white listed, whatever tags it will
21   show up in the Discord as well.
22        Q    Okay.  Okay, got it.  Version 4.0.  To become a
23   community member, do aspiring community members still go
24   to Nopixel.net?
25        A    Yes.
```

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.    CLOUT, M

```
1        Q    And they enter some information -- some basic
2   information about themselves to create an account,
3   correct?
4        A    Yup.
5        Q    And then that account gets verified and they
6   click the check box for terms of service, correct?
7        A    Yup.
8        Q    And then they get asked questions and if they
9   answer the questions the right way they get white listed?
10       A    I believe through 3.0 there was also a chance for
11  video applications for people that were not dyslexic or
12  whatever things like that, but they could show role-play
13  as well, so similar.  Same method.  Sign up get white
14  listed.  Play.
15       Q    Yeah.  Okay.  I appreciate that.
16            And for version 4.0, for those who wanted to
17  become a developer, whether they were already community
18  members or not.  They -- was there any other website
19  they'd have to go to, to fill out on application?
20       A    I'm not a hundred percent sure how that was all
21  sifted through because we've scaled in a way that is very
22  big.  We're up to like a hundred-ish people that have --
23  that have put in and worked on it.  So -- there's the end
24  point that is still the same once you get to, you know a
25  point of showing the work that you would be on the website
```

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.        CLOUT, M

```
1    and then you know you'd be in the Discord.  Accepted and
2    that all sort of stuff, yeah.
3        Q    But there isn't other site work flow that an
4    aspiring developer would have to apply through or work
5    through?
6        A    There's no set standard no.  There's no specific
7    requirement of anything to apply, but, like I said,
8    there's different methods that different devs would use to
9    to sift through people necessarily.
10       Q    Other than clicking the terms of service.  Is
11   there any other written agreement that any developers of
12   version 4.0 have to sign?
13       A    Yes.
14       Q    Oh there is?
15       A    Yes.
16       Q    Okay.  What do they have to sign?
17       A    Just a general contract.  So we have some
18   employees now that they're in Australia that are actual
19   employees but then there's the out of contracts from
20   people all over the world that are saying they'll get
21   compensated for their work and whatnot.
22       Q    When did you implement that?
23       A    I believe in '23 sometime.  I'm not sure.  So
24   somewhere through 3.0.  When we started scaling a lot
25   bigger.
```

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.       CLOUT, M

```
 1        Q    Okay.  Did you get anybody who had contributed to
 2    the server before you implemented a separate written
 3    agreement that you required to sign something?
 4        A    Like I said, depends if you consider the digital
 5    signature on the terms and privacy signed or you know --
 6        Q    Well I suppose that's sort of what I'm getting to
 7    it's like if your position is that from versions one
 8    through three and your testimony's is that all of these
 9    people have contributed and all of that work still exists
10    it's still built off for version four and all they signed
11    was a terms of service, why would you need to have them
12    sign a written agreements that address their contributions
13    for version four?
14        A    Because there's like I said, 70 plus people that
15    are working on things, so everybody's in a different
16    environment now.  It's a lot easier to -- not everyone is
17    paid the same.  When there's this amount of people.
18    Obviously also it helps with the business side, accounting
19    side.  So it's just easier to keep tabs on something when
20    it's this big.
21        Q    Okay.  Let me ask you this.  Could anybody join,
22    be white listed in the community without clicking the
23    terms of service?
24        A    It's not possible because you have to verify the
25    account.  It's just not possible.
```

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.    CLOUT, M

```
 1    members.
 2         Q    Best estimate?
 3         A    Thousands, I'm sure.  I know the registered
 4    members alone was over 500,000 a while back.  So it's
 5    probably 6 or 700,000.
 6         Q    How many people can play at a time?
 7         A    That would also be dependant on which servers
 8    we're talking about.  Which time frame.
 9         Q    On average.  For version four, on average, how
10    many players can play at a time?
11         A    The game?  Which server are we talking about?
12    White list only, public servers, other servers or which
13    servers or all servers?
14         Q    White list only?
15         A    White list only on the main U.S. one 250, or 260
16    or 270-ish now that it's optimized.
17         Q    Can every community member contribute to the
18    development of the visual aesthetics of the game?
19         A    They could, sure.
20         Q    Okay.  So does that mean when -- so just so I'm
21    clear.  So every user creates their own skin.  What their
22    profile looks like, what their character looks like,
23    right?
24         A    They can change their character's appearance,
25    sure.
```

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.    CLOUT, M

1      Q    Via a set of various changes.  Like, there's a
2   set amount of ways you can change your character, correct?
3      A    I mean there is a certain amount of ways, but it's
4   like a lot a lot of different ways.
5      Q    Okay, so one of the ways any community member
6   can contribute to the visual aesthetics of the game is by
7   creating a unique character?
8      A    When you say the visualization of the game, I'm
9   not sure what you mean.
10     Q    I said the visual aesthetics of the game.
11     A    Yeah I mean you can do anything to change that if
12  you want.
13     Q    Can you -- what else -- can you build your own
14  house?
15     A    Yes.
16     Q    Can you build your own car?
17     A    You can modify it, yeah.
18     Q    So you can pick from a series of available cars
19  and change the color, change the wheels, change other
20  aspects of the car; is that a yes?
21     A    Yup.
22     Q    Okay.  Can you build other buildings in the city?
23     A    I mean it depends on how you're interpreting
24  this.  As the players you can build out housing and stores
25  whatever.

1          Q     Okay, so you can build stores and just houses?

2          A     Warehouses -- it's also going to depend on what

3     time frame we're talking about here.

4          Q     Sorry.

5          A     I was going to say you're using, you know, AI 3D

6     assets to do so usually with the housing and what not, so.

7          THE COURT REPORTER:  Sorry, using what?

8          THE WITNESS:  AI 3D assets which is made by LCR Custom

9     Assets.

10         THE COURT REPORTER:  Okay, thank you.

11    BY MR. BEGAKIS:

12         Q     Other than warehouses, store fronts, and houses,

13    what other physical structures can users build?

14         A     You know, that's sort of -- everything at that

15    point.  You can make a warehouse or a store or whatever

16    you want, so.

17         Q     Can you build mountains?  Can you, like, create

18    mountains or other parts of the landscape?  Can you --

19    withdraw.

20              Can you make changes to the landscape?  Is that a

21    yes?  The audio's a little bit --

22         A     Sorry.  Yup.

23         Q     Anything, like, I could build a mountain?  I can

24    build an ocean?

25         A     Whatever assets we add and allow.  Yes you can

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.     CLOUT, M

1    well.

2        Q    Okay.  You suggested, I don't want to misquote

3    you, that not every user builds things in the game?

4        A    Well, that depends on what you're referring to as

5    build.  Because you know there's a different system to the

6    character in the role-play world building something and

7    the person outside that is building something.

8        Q    Okay.  So approximately how many people -- how

9    many community members that participate in the game

10   contribute to the development of the game environment?

11       A    The environment?  Well again it's going to depend

12   on how you consider development in this question.

13       Q    Any development to the game environment.

14   Creating a car, building a house, bulling a warehouse?

15       A    Right.  So there's a very big difference between

16   creating a car asset as a 3D model or being in game as a

17   character and changing because it's the character in role

18   play that's changing it not meant to be the person, so I'm

19   not sure how to answer --

20       Q    With the first option.  Creating 3D models.  How

21   many members do that?

22       A    At the moment for 3D -- like 20 -- 20 or so

23   I think.  15 or 20.

24       Q    But that's not the same as working on the back

25   end code though, right?

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.        CLOUT, M

```
 1    5 or 600K I think.  Maybe more I'm not sure.  Just roughly
 2    in the last six months.
 3    BY MR. BEGAKIS:
 4         Q    In the last -- in the first six months of 2024?
 5         A    Yeah.  Yeah.  I'd say something around there.
 6         Q    And just because I think there might have been
 7    some confusion, how much did gross revenue did No Pixel
 8    server generate in 2023?
 9         A    I think -- I mean towards the end it was probably
10    making 70 or 80K a month.  But at the start I can't
11    remember, so it could be any whether, you know -- it could
12    be a million I guess but I'm not a hundred percent sure.
13              (Simultaneous Crosstalk).
14    BY MR. BEGAKIS:
15         Q    Sorry?
16         A    Not spent on devs and what not.
17         Q    You're talking about gross revenue that's come
18    in?
19         A    Yeah all through to us, yeah.
20         Q    Okay, do you think that No Pixel server has been
21    successful?
22         A    It depends on what you gauge success to be.  If
23    that's money, enjoyment, creating something that people
24    like it depends on your interpretation of that.
25         Q    Based on your interpretation of success has the
```

1      No Pixel server been successful?

2          A    Yeah.

3          Q    Why?

4          A    Because the community's built something together

5      that you know is being -- has become renowned everywhere.

6          Q    When did you form Koil Content Creations PTY LTD?

7          A    I wouldn't be a hundred percent sure on that

8      either, but it was a few years ago at least.

9          Q    Was it --

10         A    I couldn't give the exact date for that?

11         Q    Was it before or after version one?

12         A    I believe it was after but I -- like I said I

13     can't be one hundred percent.

14         Q    Best estimate though it was after version one?

15         A    Yeah, I believe so.

16         Q    By your best estimate was Koil formed before or

17     after version two?

18         A    I'm not sure at that point.  It could have been

19     in two or after.  I'm not one hundred percent sure

20     entirely.

21         Q    Is it your best estimate that Koil existed in --

22     during version three?

23         A    Yeah, I mean, it was definitely there because three

24     went for a few years so it would have been in there at

25     some point for sure, so.

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.    CLOUT, M

1    confirmed that Mr. Tracey became a community member

2    April 22nd, 2020?

3        A    That's when he accepted the privacy policy and

4    the rules.  So that's not necessarily proving that's when

5    the account was made.  That's just a log of when he

6    accepted those last.

7        Q    Okay, so he then would have got -- now I'm going

8    to go to Exhibit 6.  He would have gone to this version of

9    the Nopixel.net web page because this is the version

10   according to the Wayback Machine that existed as of

11   November of 2020, correct?

12       A    Well, it depends on which part of the page you

13   went to, but yeah, this style was definitely something that

14   would have been back then, I believe.

15       Q    Okay.  Got it.

16       All right.  Now, I want to direct you to the Exhibit 9.

17   Which I've entered into the record just a moment ago as

18   Exhibit 9.  Let me know when you've got that up.

19       A    Yeah, the application, I believe.

20       Q    What is this?

21       A    It appears to be a website app for development.

22   I believe this is the one that was denied and then he

23   became developer somehow after that, I believe, just through

24   communication I believe.

25       Q    I'm not trying to be difficult.  I just want to

1       know because you provided this document to me.  So, like,

2       I'm trying to understand is this an email that you

3       received?

4            A     No it's a forum post.

5                  (Pause for Technical Difficulties).

6       BY MR. BEGAKIS:

7            Q     So Mr. Clout, what is this?

8            A     It's a forum post which is just an application

9       for development.

10           Q     Okay.  So Mr. Tracey would go to the forum page

11      and submit this?

12           A     Yup.

13           Q     Would there be fields, like, cause I see where it

14      says I have read and agree to the information above.  Yes,

15      resume uploaded, files -- like he didn't write that.  Is

16      that a field generated thing where, like, the information,

17      like, he entered information into certain fields and then

18      it's generated for you as a forum post?

19           A     No. It would be a template.  So he would copy

20      paste that text, I believe, just like the other templates

21      for white listing applications and whatnot.

22           Q     Okay.  Where is his resume?

23           A     Well, it says files attached.  So I assume it was

24      attached to the post.

25           Q     Right, but you didn't produce it, so I'm just --

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.      CLOUT, M

```
 1    do you have a copy of his resume?

 2         A    I don't think so because like I said this one got

 3    thrown out because of there not being much displayed I

 4    believe.

 5         Q    What was your understanding about why this

 6    application was thrown out?

 7         A    I'm not even sure he did it, but if I looked at

 8    his application right now I would just be, like, say no

 9    because with the amount of applications we get we expect

10    to have some form of, like, visuals of what you've done and

11    done and whatnot, and I don't think this was one that was

12    accepted.  I'm not sure entirely if I'd even reviewed

13    it back then, but I don't recall otherwise.

14         Q    Okay, if this was thrown out then how did

15    Mr. Tracey become a developer?

16         A    I'm not sure.  I don't remember.  But it's

17    like -- it would have been one of the same processes

18    essentially.  Showing us your work and then we go from

19    there.

20         Q    Other than clicking the terms of service that

21    apply to community members, did Mr. Tracey sign anything

22    that addressed his contributions to the development of the

23    code for the No Pixel server?

24         A    Well, I mean, it says I have read and agreed to

25    the information above, yes, so depending on what was
```

1      above at that point he would've agreed to that too, I

2      guess.  And the privacy policy and the terms, yup.

3          Q    Well you said you threw this out and you're not

4      sure how he was accepted.  So to your knowledge -- right

5      so to your knowledge other than agreeing to the terms of

6      service that apply to community members, did Mr. Tracey

7      sign anything else in writing that addressed his

8      contributions to the development of the code of the No

9      Pixel server?

10         A    So when you say signed, he'd had to actually

11     signature or just something you talked about or what --

12     and at what points are we talking here?

13         Q    Signed a written agreement of any kind that other

14     than the terms of service that apply to community members,

15     signed a written agreement of any kind that addressed his

16     contributions to the code of the No Pixel server?

17         A    It's what he wrote on Discord.

18         Q    Did he sign on Discord?

19         A    That's what I'm saying.  It depends on, you

20     know -- is it a signature then no.

21         Q    So your answer is no?

22         A    Well, if there's no signed, writing signature,

23     then I guess not, but he said things in Discord, yeah.

24         Q    Okay, got it.  When did you start paying

25     Mr. Tracey for his contributions to the development of the

1      A    Yeah, so -- well, he's -- yeah, he wanted ten, l a

2   month to be able to quit his job at Uber Eats or whatever

3   he was doing at that point and that's what would've made

4   him comfortable.

5      Q    Do you have anything in writing that otherwise

6   confirm -- well let me start with this.  What -- other

7   than ten k a month what were the terms of his agreement to

8   be employed to render services in connection with the No

9   Pixel server?

10     A    At this point, just continuing from the community

11  member sign up and after that nothing changed for a while

12  I don't believe.

13     Q    And was there anything in writing to memorialize

14  the terms of this ten k a month agreement?

15     A    Just what is in the Discord conversations.

16     MR. BEGAKIS:  Okay, I'm entering into the record what

17  will be marked as Exhibit 12.

18          (Exhibit 12 Marked for Identification)

19  BY MR. BEGAKIS:

20     Q    Let me know when you've got that open.

21     A    Yup.

22     Q    Okay, so Danny says on May 27th, I'll probably

23  quit Monday, but I still need to figure out the visa shit

24  and need to figure out payment stuff here.  And then you

25  respond when you say payment here you mean No Pixel?  I'm

1    down for writing a contract for whatever if it eases your

2    penis.  Need to define whatever we both want out of it I

3    guess?

4        A    Yup.

5        Q    So did you write a contract?

6        A    There was an agreement in Discord is what we

7    ended up going with.

8        Q    Right but in Discord you said I'm down for

9    writing a contract or whatever if it eases your penis.

10       A    Right.  And whatever's in Discord is what we wrote

11   wrote to each other.

12       Q    Right.  But you said this in Discord, so you're

13   saying that you're down to write a contract outside of

14   Discord, correct?

15       A    I mean not necessarily outside of Discord.  You

16   can have a contract in Discord too.  We're writing a

17   contract just whatever to ease his mind because he was

18   worried about quitting his job and you know.

19       Q    Okay, so your position is that the contract to

20   ease his penis is in Discord?

21       A    There's not a contract.  It says I'm down for

22   writing one, so --

23       Q    But I haven't seen a written contract anywhere.

24   So you're telling me that the contract with him is in

25   Discord?

1        Q    I'm sorry, what was that?

2        MR. ZERNER:  John, can we stop with the snide

3    remark.  Ask the question.

4        MR. BEGAKIS:  I'm sorry, what did the witness say?

5        THE WITNESS:  I said I am shaking.

6    BY MR. BEGAKIS:

7        Q    So what were the terms of this agreement that you

8    had in Discord with Mr. Tracey?  Ten grand a month.  What

9    was his title?

10        A    It depends when we are looking at the agreements.

11    It changed a few times.

12        Q    The start.  What was his title?

13        A    Just developer at this point, I believe.

14        Q    When did it change?

15        A    I'm not entirely sure when it was but he,

16    you know, he implied he wanted to do something to get a

17    visa or whatever at some point later on.

18        Q    And so his title had to change?

19        A    Oh, no, he just said he was going to bullshit

20    and whatever on the visa application.

21        Q    So what did you change his title to?

22        A    I didn't change his title.  He said he was going

23    to bullshit it.

24        Q    No you said his title changed?

25        A    Right so.  There's no necessarily title

THAT ONE VIDEO ENTERTAINMENT V KOIL CONTENT CREATION PTY LTD.        CLOUT, M

```
 1    answered and that is an answer in and of itself for the
 2    court.  So again I'm going to ask.
 3         MR. ZERNER:  Mitch, we can't hear you.
 4         THE WITNESS:  Yeah it's because he's talking.
 5         MR. BEGAKIS:  Well.
 6         THE WITNESS:  Just ask the question again.  So I can
 7    answer it.
 8    BY MR. BEGAKIS:
 9         Q    You provide a responsive answer and I'll stop
10    talking.  We could have been done hours ago.
11         MR. ZERNER:  All right listen it's 5:46 P.M.  We're
12    taking a break.
13         MR. BEGAKIS:  No, I don't agree with that, there's an
14    open question.
15         MR. ZERNER:  No, there's not an open question.
16              (Simultaneous Crosstalk).
17         MR. ZERNER:  We're taking a break.  We're taking a
18    break.  Okay fine, don't agree.  We're going to go take a
19    break.  You can tell the court that we took a break and
20    you didn't like it.  Okay?  We said we were going to take
21    a break at 5:30, it's 5:46.  We're taking a break.  Okay?
22    We're coming back at 6:05.  Thank you.  Mitch.
23              (Off the Record)
24    BY MR. BEGAKIS:
25         Q    Okay, Mr. Clout, when did you terminate Mr.
```

1        Tracey from his role as a developer for No Pixel?

2        A       When he wanted to leave.  That would have been I

3        think December 22.

4        Q       Would it be December 28th, 2022?

5        A       Around that time, yeah.

6        Q       Why did you terminate him?

7        A       Because he wanted to leave.

8        Q       What is your understanding as to why he wanted to

9        leave?

10       A       He threw a tantrum not being able to manage

11       things that he wasn't meant to manage for, like, the

12       forth or fifth time and I didn't entertain it and he left.

13       Said he wanted to leave.

14       Q       So you terminated it?

15       A       We agreed at that point that we, you know, it was

16       done.

17       Q       So you didn't terminate him?  You agreed -- you

18       mutually agreed.  Is that your testimony?

19       A       Well, he wanted to leave, so yeah.

20       Q       I just want to get clear.  You mutually agreed

21       that he would leave or you terminated him?

22       A       Well, he said we weren't going to work it out and

23       who do I hand over the details to so technically he left.

24       Q       That's your testimony?

25       A       Yeah.

1        Q     Yes or no?

2        A     Yes.

3        Q     Thank you.  How did you notify him that he was

4    terminated?

5        A     Like I said we agreed.

6        Q     That's not the question I asked.  How did you

7    notify him that he was terminated?

8        A     He agreed in Discord and he sent over the details

9    and I said we don't need them.  We already had them.

10       Q     So it's your testimony that you notified him over

11   Discord?

12       A     Yes.  We agreed on Discord.

13   MR. BEGAKIS:  Move to strike everything after yes.

14   MR. ZERNER:  Who are you moving to?

15   BY MR. BEGAKIS:

16       Q     Did you revoke his access to the No Pixel server

17   after you terminated him?

18       A     Depends on what server we're talking about here.

19       Q     Did you revoke his access to the repository that

20   stored the server -- that stored the code after you

21   terminated him?

22       A     Yeah, I mean -- yeah everything was changed.

23       Q     When?

24       A     Sometime after.  I'm not sure exactly.

25       Q     How long after?





MITCHELL CLOUT
**EXH 6**

| Home | Donate | Forums ▾ | Public Server Store | S. America Store (Loja da América do Sul) | Spain Store (Tienda ... ❯ | Log in | Register |

Register

Welcome Guest, to NoPixel's Website.

GTA Standard Whitelisting is currently: **Closed!**

GTA Donator Whitelisting is currently: **Open! (Roughly 14-30 Days)**

Please pay attention to the forums and instructions given, donators still must apply like normal, they are just processed faster. If you do pass the application process, it may still take considerable time to join the server.

The process can be found here: https://www.nopixel.net/upload/index.php?threads/civilian-application-template.116232/

Home ❯ Help ❯

# Terms and rules

## Help

Smilies

BB codes

Trophies

Cookie usage

**Terms and rules**

Privacy Policy

The providers ("we", "us", "our") of the service provided by this web site ("Service") are not responsible for any user-generated content and accounts. Content submitted express the views of their author only.

This Service is only available to users who are at least 18 years old. If you are younger than this, please do not register for this Service. If you register for this Service, you represent that you are this age or older.

All content you submit, upload, or otherwise make available to the Service ("Content") may be reviewed by staff members. All Content you submit or upload may be sent to third-party verification services (including, but not limited to, spam prevention services). Do not submit any Content that you consider to be private or confidential.

You agree to not use the Service to submit or link to any Content which is defamatory, abusive, hateful, threatening, spam or spam-like, likely to offend, contains adult or objectionable content, contains personal information of others, risks copyright infringement, encourages unlawful activity, or otherwise violates any laws. You are entirely responsible for the content of, and any harm resulting from, that Content or your conduct.

We may remove or modify any Content submitted at any time, with or without cause, with or without notice. Requests for Content to be removed or modified will be undertaken only at our discretion. We may terminate your access to all or any part of the Service at any time, with or without cause, with or without notice.

You are granting us with a non-exclusive, permanent, irrevocable, unlimited license to use, publish, or re-publish your Content in connection with the Service. You retain copyright over the Content.

These terms may be changed at any time without notice.

If you do not agree with these terms, please do not register or use the Service. Use of the Service constitutes acceptance of these terms. If you wish to close your account, please contact us.

Home ❯ Help ❯

Terms and rules    Privacy policy    Help    Home

This site uses cookies to help personalise content, tailor your experience and to keep you logged in if you register.
By continuing to use this site, you are consenting to our use of cookies.

 Accept     Learn more...



**Dw**

Apr 22, 2020

Field name:                  Accepted terms and rules

Old value:

New value:               Apr 22, 2020 at 4:43 PM

Field name:                  Accepted privacy policy

Old value:

New value:               Apr 22, 2020 at 4:43 PM

Log out  v2.1.7

Forum software by XenForo® © 2010-2020 XenForo Ltd.



MITCHELL CLOUT
**EXH 9**
49716MOD-ALT



**Dw**
Registered Member

Joined: **Apr 22, 2020**
Messages: **72**

May 18, 2020                                                                 ⌁  🔖  #1

**I have read & agree to the Information above.** Yes

**Resume Upload (Please upload as a .PDF!)-** File(s) attached

**GitHub Link-** https://github.com/dwjft

**Anything else you would like to add?** Hey all!

I'd like to throw my hat in the ring for one of the full stack positions available. I've been a "generalist" engineer for 12 years professionally and ~18 years in total. I don't have any specific FiveM / GTA mod experience, so if that's a deal breaker, feel free to stop reading here!

I've attached my redacted resume and github link, which looks inactive, but its just a policy thing where our private contributions need to be hidden.

Personally, I've been a huge fan of GTA RP since mid-2017 and find myself regularly hooked on the content creators, and the behind the scenes content enablers ("devs"). Having watched dev streams I feel very strongly that it would be a comfortable environment for me to jump right into.

I'd love to hop on a call or something to discuss it further.

Regards

☐    ⚠ Report    🖉 Edit    🗑 Delete    ⚷ Warn                                      👍 Like

MITCHELL CLOUT
EXH 10
49716MOD-ALT

[10-May-21 09:49 PM] Koil#7635
request 5k invoice from koiltwitch@gmail.com paypal PUSSY
[10-May-21 09:49 PM] Koil#7635
let me give u money from this everyone else takes it
[10-May-21 09:51 PM] Dw#7592
is it still pulling in good dono money?
[10-May-21 09:51 PM] Koil#7635
yeh
[10-May-21 09:52 PM] Koil#7635
ive given so much to others
[10-May-21 09:52 PM] Koil#7635
just do it if u dont want it donate to a charity or other ppl
[10-May-21 09:52 PM] Koil#7635
w/e
[10-May-21 09:52 PM] Dw#7592
wonder when it'll slow down
[10-May-21 09:52 PM] Koil#7635
when devs stop giving a shit or streamers get over it
[10-May-21 09:52 PM] Koil#7635
looks like sykkuno / xqc still enjoying it
[10-May-21 09:53 PM] Koil#7635
but i cant imagine it lasting another 2-3 months surely
[10-May-21 09:53 PM] Koil#7635
last bubble was like 3-4 months
[10-May-21 09:53 PM] Koil#7635
then slowly tapered off
[10-May-21 09:53 PM] Koil#7635
wasnt as crazy as this though
[10-May-21 09:54 PM] Dw#7592
yeah but even then there was noone invested in their shit. xqc having a cop is one way to keep
him around for a lot longer
[10-May-21 09:54 PM] Koil#7635
yah
[10-May-21 09:54 PM] Dw#7592
moon being on cop as well
[10-May-21 09:54 PM] Koil#7635
most games have a life of like a month on twitch
[10-May-21 09:54 PM] Koil#7635
so either way we pooped all over it this year
[10-May-21 09:55 PM] Dw#7592
yeah and there's still big names coming
[10-May-21 09:55 PM] Koil#7635
seananners got whitelisted just recently
[10-May-21 09:55 PM] Koil#7635

used to watch the shit out of him in mw2 days
[10-May-21 09:55 PM] Koil#7635
either way
[10-May-21 09:55 PM] Koil#7635
request that money i dont wanna gift subs to u
[10-May-21 09:55 PM] Koil#7635
its a waste of $
[10-May-21 09:55 PM] Koil#7635
end up losing like 30% of it
[10-May-21 09:56 PM] Koil#7635
50% actually
[10-May-21 09:56 PM] Dw#7592
i did like $30k in a subs myself
[10-May-21 09:57 PM] Koil#7635
the fuck
[10-May-21 09:57 PM] Koil#7635
how loaded are you
[10-May-21 09:57 PM] Dw#7592
no i meant incoming
[10-May-21 09:58 PM] Koil#7635
im confused
[10-May-21 09:58 PM] Koil#7635
you mean you gift 30k to yourself
[10-May-21 09:58 PM] Koil#7635
or thats what u got
[10-May-21 09:58 PM] Dw#7592
no i earned like $30k in the 2 months i streamed
[10-May-21 09:59 PM] Koil#7635
oh right
[10-May-21 09:59 PM] Koil#7635
yeah even still
[10-May-21 09:59 PM] Koil#7635
just do it
[10-May-21 09:59 PM] Koil#7635
otherwise ill gift more subs but twitch gets half
[10-May-21 09:59 PM] Koil#7635
buy yourself a golden dildo

 **Dw** ›


MITCHELL CLOUT
**EXH 11**
49716MOD-ALT

May 15, 2021

 **Dw** 05/15/2021 1:51 AM
realistically if I quit my job and siphoned some donations to work full time for nopixel, how much per month you think that would be?

**Koil** 05/15/2021 8:04 AM
uh

id have to look how much ive donated

but tbh id give more to you over others

we could also talk to twitch about a buff in your contract if you considered streaming more

i think ive donated / gifted like 80k+ atleast

and thats with a big buffer atm

so i duno how much u need but yeah

still looks like you do 80% of the shit

 **Dw** 05/15/2021 8:06 AM
just need a rough figure so i can figure that + what i need from twitch to make it worth

 **Koil** 05/15/2021 8:07 AM
i could drop 10k a month easily for a year minimum probably

then pump more while its hot

also depends on if i keep giving to others too

but its sort of back to sky / alex only

 **Dw** 05/15/2021 8:08 AM
10k usd?

Message @Dw

← **Dw** ›

**Dw** 05/27/2021 7:47 AM

i'll prob quit monday but i still need to figure out the visa shit

and need to figure out payment stuff here

**Koil** 05/27/2021 8:17 AM

when u say payment here u mean nopixel?

im down for writing a contract or w/e if it eases your penis

need to define w/e we both want out of it i guess

**Dw** 05/27/2021 8:27 AM

well basically just need to know how we gonna handle it and what to expect so i can plan my life around that income and not current

**Koil** 05/27/2021 9:01 AM

yeh

just doing w/e you do now really

come up with ideas implement them

im not trying to do it like 500000 hours a day of pure coding

or some shit

**Dw** 05/27/2021 9:03 AM

ye and what we doing about the money

did your accountant confirm yet

**Koil** 05/27/2021 9:03 AM

yeh it doesnt really matter

Message @Dw

# INVOICE

**That One Video Entertainment LLC**

2459 West 208th Street, STE 101, Torrance, CA 90501

dw@thatonevideogamer.com

**Invoice No#**: 0001

**Invoice Date**: Oct 27, 2021

**Due Date**: Oct 27, 2021

`CANCELED`

## $5,000.00
**AMOUNT DUE**

**BILL TO**

koiltwitch@gmail.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | NoPixel work - Dw<br>NoPixel work - Dw | 1 | $5,000.00 | $5,000.00 |

| | |
|---|---|
| Subtotal | $5,000.00 |
| Shipping | $0.00 |
| **TOTAL** | **$5,000.00 USD** |

**NOTES TO CUSTOMER**

NoPixel work - Dw



# INVOICE

**That One Video Entertainment LLC**

2459 West 208th Street, STE 101, Torrance, CA 90501

dw@thatonevideogamer.com

---

**REFUNDED**

**Invoice No#**: 0002

**Invoice Date**: Nov 27, 2021

**Due Date**: Nov 27, 2021

## $0.00
**AMOUNT DUE**

---

**BILL TO**

koiltwitch@gmail.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---------------------|---------|-------|-----------|
| 1 | NoPixel work - Dw<br>NoPixel work - Dw | 1 | $5,000.00 | $5,000.00 |

| | | |
|---|---|---|
| | Subtotal | $5,000.00 |
| | Shipping | $0.00 |
| | **TOTAL** | **$5,000.00 USD** |
| | Amount paid | $5,000.00 |
| | **AMOUNT DUE** | **$0.00 USD** |

**NOTES TO CUSTOMER**

NoPixel work - Dw

# INVOICE

**That One Video Entertainment LLC**

2459 West 208th Street, STE 101, Torrance, CA 90501

dw@thatonevideogamer.com

REFUNDED

**Invoice No#**: 0003

**Invoice Date**: Dec 27, 2021

**Due Date**: Dec 27, 2021

## $0.00
**AMOUNT DUE**

**BILL TO**

koiltwitch@gmail.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | NoPixel work - Dw<br>NoPixel work - Dw | 1 | $5,000.00 | $5,000.00 |

| | | |
|---|---|---|
| Subtotal | | $5,000.00 |
| Shipping | | $0.00 |
| **TOTAL** | | **$5,000.00 USD** |
| Amount paid | | $5,000.00 |
| **AMOUNT DUE** | | **$0.00 USD** |

**NOTES TO CUSTOMER**

NoPixel work - Dw

# INVOICE

**That One Video Entertainment LLC**

2459 West 208th Street, STE 101, Torrance, CA 90501

dw@thatonevideogamer.com

---

**Invoice No#**: 0004
**Invoice Date**: Jan 27, 2022
**Due Date**: Jan 27, 2022

`CANCELED`

## $5,000.00
**AMOUNT DUE**

---

**BILL TO**
koiltwitch@gmail.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | NoPixel work - Dw<br>NoPixel work - Dw | 1 | $5,000.00 | $5,000.00 |

| | |
|---|---|
| Subtotal | $5,000.00 |
| Shipping | $0.00 |
| **TOTAL** | **$5,000.00 USD** |

**NOTES TO CUSTOMER**

NoPixel work - Dw

# INVOICE

**That One Video Entertainment LLC**

2459 West 208th Street, STE 101, Torrance, CA 90501

dw@thatonevideogamer.com

**CANCELED**

**Invoice No#**: 0005
**Invoice Date**: Feb 27, 2022
**Due Date**: Feb 27, 2022

**$5,000.00**
**AMOUNT DUE**

**BILL TO**
koiltwitch@gmail.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | NoPixel work - Dw<br>NoPixel work - Dw | 1 | $5,000.00 | $5,000.00 |

| | | |
|---|---|---|
| | Subtotal | $5,000.00 |
| | Shipping | $0.00 |
| | **TOTAL** | **$5,000.00 USD** |

**NOTES TO CUSTOMER**
NoPixel work - Dw

# INVOICE

**That One Video Entertainment LLC**

2459 West 208th Street, STE 101, Torrance, CA 90501

dw@thatonevideogamer.com

---

**Invoice No#**: 0006

**Invoice Date**: Mar 27, 2022

**Due Date**: Mar 27, 2022

**CANCELED**

**$5,000.00**

**AMOUNT DUE**

---

**BILL TO**

koiltwitch@gmail.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | NoPixel work - Dw<br>NoPixel work - Dw | 1 | $5,000.00 | $5,000.00 |

| | | |
|---|---|---|
| | Subtotal | $5,000.00 |
| | Shipping | $0.00 |
| | **TOTAL** | **$5,000.00 USD** |

**NOTES TO CUSTOMER**

NoPixel work - Dw

U.S. Department of Homeland Security
U.S. Citizenship & Immigration Services

October 7, 2022

**RE: <u>Daniel Tracey – Lead and Critical Role at NoPixel</u>**

Dear Sir/Madam:

I am the CEO & Owner of *NoPixel* and I have worked as a software developer for interactive multimedia entertainment productions for over 10 years. I offer this letter to confirm Mr. Daniel Tracey's lead and critical role as a software developer developing and implementing code for *NoPixel*.

As a brief introduction, after securing a double diploma in Computer Science and Computer Design, I explored the world of online game modifications. Starting with Arma 3, we quickly found roleplaying to be an engaging medium for both content creators and their viewers alike. After the huge success of GTA 5, we naturally found ourselves trying to create an immersive world in an already vast and expansive universe. NoPixel is responsible for the most Twitch partners from a single "domain", which means a huge portion of Twitch streamers found their beginning, and still to this day, their career, on NoPixel. The platform is widely accepted as the leading community in the content creation world, with just about every content creator that exists having at least once been associated on the platform. I hold invite-only memberships to all streaming groups and platforms, and we mostly exist as co-entities, where we support and promote each other as success is nurtured for all. As a content creator and software developer I have a unique ability to judge those in both fields, and my extensive experience in these fields, and my position at *NoPixel*, makes me well qualified to confirm Mr. Tracey's lead and critical role with our distinguished, international organization.

*NoPixel* is the biggest and most popular Grand *Theft Auto V* (*GTA V*) role-playing server to exist in the history of this iconic franchise. Launched in 2013, *GTA V* generated more than $815 million in worldwide revenue within the first 24 hours of release. The game went on to win some of the industry's most prestigious awards and has been remastered on three different console generations. Part of *GTA V*'s longevity is due to the game's online component, *GTA Online*, where players from around the world can play on maps hosted on different web servers. These online servers also allow for customization, including the introduction of rules whereby players can "role-play" as charters within the online world. Role-playing allows players to act out their own story in whatever fashion they want within the game. Although there are numerous servers that will allow role-playing on *GTA V*, *NoPixel* is the largest and most sought-after server in the world and is often credited with keeping GTA V relevant within the social media space. Membership to *NoPixel* is invite-only, and the waitlist to join is years long. In fact, we have been closed to new applications

1

because of the overwhelming number of new players and are still closed unless you are a donor. Even as a donor, it could take up to months to get access to the server. Additional information about the application and process and joining *NoPixel* can be found at <u>*nopixel.net*</u>.

Part of *NoPixel*'s appeal is the numerous customization options the server provides, customization that is made possible by the modifications or "mods" developed by our software developers. As a software developer creating and implementing mods for *NoPixel*, Mr. Tracey performs a key and critical role in our organization's international success. The main attraction for viewers and players alike are the "Heists", where valuable rewards can be found, if they can figure out the puzzles and then evade the chasing police. Mr Tracey is the mastermind behind NoPixel's heist system which he designed and implemented himself. Many times during heist progression, NoPixel would garner over 500k concurrent viewers on Twitch and other streaming platforms. Without a doubt, I would say the heist system is the hardest to get right, and Mr Tracey perfected it. Mr Tracey has also been responsible for our international expansions, offering a translation engine throughout the game. Our entire user experience / user interface was also overhauled by Mr Tracey. These are only a few of Mr. Tracey's numerous contributions which have been critical to *NoPixel*'s success.

The significance of Mr. Tracey's contributions is further demonstrated by the success of the modifications made in *NoPixel*. The modifications are so impressive that other servers have unabashedly taken and implemented the codes Mr. Tracey has contributed to *NoPixel* to their own servers. Resources such as heists, UI elements, business settings, entity management, and many more core features can be found on other servers offering a "NoPixel inspired" experience.

There is no doubt in my mind that Mr. Tracey is among the elite talents in the field. Do not hesitate to contact me if you have any questions.

Sincerely,

Mitchell Clout
CEO nopixel

4877-6141-8551, v. 1

3

# EXHIBIT "E"

1          UNITED STATES DISTRICT COURT

2      FOR THE CENTRAL DISTRICT OF CALIFORNIA

3  _____

4  THAT ONE VIDEO ENTERTAINMENT,

5  LLC, a California limited

6  liability company,

7          Plaintiff,

8      v.                          Case No.

9  Koil CONTENT CREATION PTY LTD.,        2:23-cv-02687

10 an Australian proprietary              SVW (JCx)

11 limited company doing business

12 as NOPIXEL; MITCHELL CLOUT, an

13 individual; and DOES 1-25,

14 inclusive,

15          Defendants.

16 _____

17      VIDEOCONFERENCE DEPOSITION OF DANIEL TRACEY

18 DATE:        Thursday, July 11, 2024

19 TIME:        2:02 p.m.

20 LOCATION:    Remote Proceeding

21              Phoenix, AZ 85213

22 OFFICIATED BY: Garrett Fitzgerald

23 JOB NO.:     6799446

24

25 PAGES 100-122 ARE CONFIDENTIAL

                                    Page 1

```
 1                MR. BEGAKIS:  Objection.  Vague as to the
 2    contents of those conversations and overbroad.
 3                MR. ZERNER:  Okay.
 4    BY MR. ZERNER:
 5        Q    You can answer.
 6        A    Once or twice.
 7        Q    Okay.  All right.  What year were you born?
 8        A    1988.
 9        Q    Okay.  So you're, doing the math, 36, 37?  How
10    old are you?
11        A    Thirty-six.
12        Q    Thirty-six.  And where were you born?
13        A    England.
14        Q    Okay.  And you currently are residing in the
15    United States; correct?
16        A    Yes.
17        Q    Are you currently employed?
18        A    Yes.
19        Q    Okay.  Who's your employer right now?
20        A    Well, actually, I -- I don't know how to
21    answer that.  I'm not sure if I am employed or not.
22        Q    Okay.  All right.  What's your current
23    immigration status?
24        A    My current status is a 1B visa.
25        Q    Okay.  And is that -- is TOVE the sponsor of
```

Page 14

1    BY MR. ZERNER:

2        Q    Okay.  Do you see this, Mr. Tracey?  See this

3    document?

4        A    I see it.

5        Q    Okay.  I'm just going to say to you that this

6    document is the -- is a page from the NoPixel sign up.

7    It's their terms of service.  Do you have any

8    recollection of ever seeing this page before?

9        A    No.

10        Q    Okay.  Did you ever read these terms of

11    service before?

12              MR. BEGAKIS:  Objection.  Vague.

13        A    Can you be more specific?

14        Q    At any time have you ever read these terms of

15    service?

16              MR. BEGAKIS:  Objection.  Overbroad.

17        A    I'm reading it now.  Does that count?

18        Q    Before today?

19              MR. BEGAKIS:  Objection.  Overbroad.

20        A    I -- I've read them since the lawsuit began,

21    sure.

22        Q    Okay.  Did you -- do you have any recollection

23    of reading these in 2020?

24        A    No.

25        Q    Okay.  Did -- okay.  Okay.

                                          Page 39

1    immediately start developing code for NoPixel?

2        A    In -- in what -- in what month?  Sorry?

3        Q    In -- well, when you -- whenever you started.

4                MR. BEGAKIS:  Objection.

5    BY MR. ZERNER:

6        Q    Did you immediately start coding for NoPixel?

7                MR. BEGAKIS:  Objection.  Vague, assumes

8    facts not evidence.

9        A    I wrote code that NoPixel used before I was

10   part of the organization.

11       Q    When you say -- before -- part of the

12   organization, before you even signed up, you wrote code

13   for them?

14       A    When did I say I signed up?

15       Q    Well, you -- somehow you got access to their

16   server; right?

17                MR. BEGAKIS:  Objection.  Vague, assumes

18   facts not in evidence.

19       A    The way I --

20       Q    You didn't say -- listen.  You didn't say you

21   signed up, but they said you signed up and you said you

22   have no memory of not signing up, so I'm -- you know.

23       A    Well, frankly, I don't --

24                MR. BEGAKIS:  Objection, objection,

25   objection.  Argumentative, assumes facts not in

                                            Page 43

1       A     NoPixel has a variety of servers, and charges

2    people to apply to play on those servers or charges

3    people to pay a public fee to play on those servers.

4       Q     Right.  And so are -- do you believe that

5    you're entitled to 50 percent of the money that people

6    pay NoPixel to stream on their server or to be on their

7    server?

8       A     Yes.

9       Q     Okay.  And why do you believe that?

10      A     Because that's what Mitchell and I agreed.

11      Q     Okay.  All right.  And when did you agree

12   that?

13      A     Sometime in 2021, I believe.

14      Q     Okay.  And he said he would pay you -- what

15   did he say?  What was the agreement?

16      A     The agreement was essentially that I did so

17   much for NoPixel and 3.0 and I created it into being

18   such a success that he wanted me to be a part of the

19   entire organization in a much, you know, more pronounced

20   role.  And he said I could have 50 percent of the

21   revenue.

22      Q     Okay.  Did he say you can have 50 percent of

23   the revenue forever?

24      A     I mean, I -- I assume so.  I mean, he didn't

25   say the word "forever," but --

Page 55

```
 1        A     There was a recurring $10,000 a month from
 2   then?  Yeah.
 3        Q     Okay.  And what -- were you supposed to be
 4   doing work for that $10,000 a month for NoPixel?
 5        A     I was to be doing whatever I was already
 6   doing.
 7        Q     Which was what?
 8        A     In May 2021, so that's going to be off the 3.0
 9   release, pretty much everything.
10        Q     Well, can you be more -- what does
11   "everything" mean?
12        A     Everything.  Like, I pretty much ran the
13   business.
14        Q     Okay.  In what way?
15        A     What do you mean, "In what way"?
16        Q     What were your job duties?
17        A     It's pretty -- my job?  When did I say I had a
18   job?
19        Q     Well, you're running a business.  That sounds
20   like a job.
21        A     I run a business today.  I don't work for it.
22   I don't -- I don't consider it a job.
23        Q     Okay.  Okay.  What were your -- what were you
24   doing for -- in running this business?  What were the
25   activities you were doing?
```

Page 64

1        A    Leading the code development.  Leading

2   the -- the progress for, kind of, you know, what was

3   being developed into the server.  Running -- for

4   updates, you know, making sure all of the streamers that

5   have these, you know, high requirements, they're all

6   taken care of.  Looking over the devs, making sure all

7   their code looked good when they submitted it in.

8   Managing the day-to-day operations.  You know, putting

9   tasks on -- on work -- putting workflow tasks up for

10  other developers and myself.  At that time -- yeah, that

11  stuff.

12       Q    Okay.  And -- great.  That's a great answer.

13  And before May of 2021, you were -- 2021 -- well, when

14  did you start doing that, approximately?  Doing all that

15  work for NoPixel?

16       A    I would say roughly December 2020, because

17  Mitch had a falling out with his previous lead developer

18  and then he wanted me to take over his, kind of, roles.

19       Q    All right.  So for about a six-month period

20  you were doing all that work, but you were not getting

21  paid; is that right?

22                 MR. BEGAKIS:  Objection.  Calls for a

23  legal conclusion, assumes facts not in evidence, vague.

24       A    I don't know how to define "getting paid."

25       Q    Well, you were not getting $10,000 a month;

Page 65

```
 1   generally and calls for a legal conclusion.
 2        A    I -- I was hired to work for TOVE, and my
 3   duties were to be loaned to NoPixel.
 4        Q    Okay.  Why did TOVE want you to work for
 5   NoPixel?
 6             MR. BEGAKIS:  Objection to the extent it
 7   calls for speculation.
 8        A    I'm a great developer.
 9        Q    What benefit does TOVE get because you work at
10   NoPixel?
11        A    I already answered that question.
12        Q    They get 30 percent of your money?
13        A    Yes.
14        Q    That's -- okay.  Okay.
15             (Nonconfidential portion of transcript
16             ends.)
17   //
18   //
19   //
20   //
21   //
22   //
23   //
24   //
25   //
```

Page 99

1    there, you earn some of that extra money from shares,

2    depending on if you don't sell them.

3        Q    Okay.  But in your agreement with Mitch, you

4    were entitled to 50 percent of all the revenue from the

5    day you -- this agreement was made; right?

6        A    Yes.

7        Q    Okay.  All right.  All right.  Okay.  Okay.

8    Did Mitch ever agree that he would pay 50 percent of the

9    revenue of NoPixel to TOVE?

10                MR. BEGAKIS:  Objection.  Calls for a

11   legal conclusion.

12       A    Via me?  Yes.

13       Q    Yes, he did.  When did he do that?  What date?

14       A    I said, "Via me, yes"

15       Q    You -- right.  What date did that happen?

16       A    That would've been whenever the arrangement

17   first began.

18       Q    And when is that?

19       A    We're talking about five different

20   arrangements.  Can you be more specific?

21       Q    The arrangement that NoPixel would pay TOVE 50

22   percent of its revenue.

23       A    So that would be when Mitchell and I agreed

24   that I would get 50 percent of the revenue.

25       Q    But you weren't working for TOVE at that time?

Page 165

```
 1                    MR. BEGAKIS:  There's no question there,
 2    so wait for --
 3                    MR. ZERNER:  Okay.  All right.  Okay.
 4    BY MR. ZERNER:
 5        Q    So you -- the -- really what's going on is
 6    that you're paying them 30 percent of your income so
 7    they'll sponsor your visa; right?
 8                    MR. BEGAKIS:  Objection.  Calls for a
 9    legal conclusion, assumes facts not in evidence, and
10    potentially requires the disclosure of attorney-client
11    privileged communications between Mr. Tracey and Mr.
12    Khalil and their immigration attorney.
13                    If the answer necessitates the disclosure
14    of attorney-client privileged communications or the
15    information gleaned therefrom, then I'm instructing the
16    witness not to answer.
17                    THE WITNESS:  Then I won't answer.
18    BY MR. ZERNER:
19        Q    Okay.  When did you stop working at Koil --
20    sorry -- at NoPixel?  When did you stop working at
21    NoPixel?
22        A    When I was terminated at the end of 2022.
23        Q    Okay.  And what happened that caused the
24    termination?
25        A    I woke -- woke up one morning and I realized
```

Page 171

1    I'd been removed from everything.  And I guess I was

2    terminated.

3        Q    Did you and Mitch have an argument prior to

4    that?

5            MR. BEGAKIS:  Objection to the extent it

6    assumes facts not in evidence.

7        A    We had arguments all the time.

8        Q    I understand.  Did you have an argument in the

9    day before you woke up and found out that you were not

10   allowed to be on the server anymore?

11       A    I don't recall.

12       Q    Okay.  Do you have any memory of writing a

13   message on December 28, 2022, that said, "Who do you

14   need me to hand off shit to and make sure they have

15   everything"?

16           MR. BEGAKIS:  Objection to the extent

17   that that question references an incomplete document and

18   amounts to evidence that's been tampered with.

19       A    I don't recall.

20       Q    Does -- okay.  Did NoPixel accuse you of

21   causing a data breach?

22       A    There was an announcement by NoPixel which

23   Koil then said on his stream, yeah.

24       Q    Okay.  And did you cause a data breach?

25       A    No.

Page 172

```
 1        A     Who?

 2        Q     NoPixel.

 3        A     I wouldn't -- I wouldn't know how to -- I

 4   wouldn't know how to quantify that.

 5        Q     Do you think -- any of the code that you made

 6   for NoPixel, do you think you and NoPixel are joint

 7   owners of that code?

 8                    MR. BEGAKIS:  Objection.  Calls for a

 9   legal conclusion.

10        A     I -- I don't know.  I -- I don't know how

11   to -- to find that.  You'd have to let me prepare and

12   look at all of the code again and -- and figure out what

13   I think is that and what isn't.

14        Q     Okay.  But if there -- if you, you know, did,

15   you know, one aspect of the server, like the payment;

16   right?  You created the -- did you create something that

17   had to do with the payment system for NoPixel?  Did you

18   have something to do with that?

19        A     Yes.

20        Q     Okay.  What did you do?

21        A     Well, if -- if you're -- if I -- if I think I

22   know what you're referring to, then that would be

23   payments from Tebex for purchases of packages.  That

24   information comes to an API, which is then stored in a

25   database.
```

Page 201

1      Q    Okay.  And you created the code that let the

2   Tebex and the API talk to each other?  Or am I -- is

3   that too bad a generalization?  Is that okay?  Is

4   that --

5      A    Yes.

6      Q    Okay.  And you did that 100 percent yourself?

7      A    Yes.

8      Q    Okay.  And do you think you own that code?

9              MR. BEGAKIS:  Objection.  Calls for a

10  legal conclusion.

11     A    No, TOVE owns it.

12     Q    Okay.  TOVE owns it?  You did that after you

13  were signed by TOVE?

14     A    Yes.

15     Q    Okay.  Did -- does NoPixel have permission to

16  use that code?

17              MR. BEGAKIS:  Objection.  Calls for

18  speculation, calls for a legal conclusion.

19     A    I wouldn't -- they were never explicitly given

20  permission to use it.

21     Q    Okay.  Have you ever been involved in a

22  copyright lawsuit?

23     A    No.

24     Q    Do you have any knowledge about copyright?

25  The laws of copyright?

Page 202

# EXHIBIT "F"

1          UNITED STATES DISTRICT COURT

2        FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4   THAT ONE VIDEO ENTERTAINMENT, LLC, )
    a California limited liability     )
5   company,                           )
                                       )
6                      Plaintiff,      )
                                       )
7        vs.                           )  Case No.:
                                       )  2:23-cv-02687 SVW
8   KOIL CONTENT CREATION PTY LTD., an )  (JCx)
    Australian proprietary limited     )
9   company doing business as NOPIXEL; )
    MITCHELL CLOUT, an individual; and )
10  DOES 1-25, inclusive,              )
                                       )
11                     Defendants.     )
    _____)

12

13

14

15              REMOTE DEPOSITION OF

16                 JACQUE KHALIL

17      PMK for THAT ONE VIDEO ENTERTAINMENT

18              TORRANCE, CALIFORNIA

19                 JULY 12, 2024

20

21

22

23

24  REPORTED BY:  SANDRA S. PETRITSCH, CSR NO. 11684

25  FILE NO. 6799456

                                              Page  1

1                    UNITED STATES DISTRICT COURT

2               FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4     THAT ONE VIDEO ENTERTAINMENT, LLC, )

                                         )

5                          Plaintiff,    )

                                         )

6         vs.                            )  Case No.:

                                         )  2:23-cv-02687 SVW

7     KOIL CONTENT CREATION PTY LTD.,    )  (JCx)

      et al.,                            )

8                                        )

                           Defendants.   )

9     _____)

10

11

12

13

14

15

16             Remote deposition of JACQUE KHALIL, PMK for

17    THAT ONE VIDEO ENTERTAINMENT, taken on behalf of Defendants,

18    in Torrance, California, commencing at 2:05 p.m., Friday,

19    July 12, 2024, before Sandra S. Petritsch, CSR No. 11684.

20

21

22

23

24

25

                                                    Page 2

1          Q      You're 42.  Correct?

2          A      Correct.

3          Q      And can you give me your education starting with

4    high school?

5          A      Yes.  High school graduate.  Some college and

6    currently enrolled in community college.

7          Q      You attended college for a certain period of

8    time right after high school?

9          A      Correct.

10         Q      And where did you go?

11         A      I went to a junior college called, Marymount

12   College for a year and then took some technical classes at

13   DeVry University.

14         Q      Do you have a degree?

15         A      I do not.

16         Q      Can you tell me, generally, what --

17                MR. ZERNER:  Miss Reporter, the company, the

18   plaintiff is called, "That One Video Entertainment"; but

19   we refer to it as TOVE.  So I'm going to say TOVE a lot,

20   but it's all caps, TOVE.  And then we'll all know what

21   we're talking about.  Right?  TOVE for That One Video

22   Entertainment.

23         Q      (By Mr. Zerner)  So what is TOVE?  What do you

24   do?

25         A      My brother started That One Video Entertainment,

                                                    Page 9

1    I believe, officially in its official capacity as an

2    entity either July of 2011 or July of 2012.  I don't know

3    the exact year, but he had started kind of as his entity

4    when he started doing online content creation.  What do

5    you find today as influencers?  Back then it was just

6    YouTube videos.  And Twitch was not Twitch yet, but it was

7    called, Justin.TV.  But he started out as his entity to

8    collect the revenue from that -- from those, I guess --

9    income verticals.

10           Sometime in, I think, 2014 or so, I leaned in,

11   the company that I had been working for was acquired so I

12   had a little bit more money on my hands and a little bit

13   of extra money.  So I was investing in the business and

14   took 25 percent ownership.  I don't know if I was starting

15   to call myself a CEO yet.  But primarily leaned in to kind

16   of help run business operations from getting employees

17   under agreements, handbooks, policies, procedures,

18   payroll, insurance, rents, accounting.  He's younger than

19   I am so he needed a little bit of a guidance so I took

20   that older brother role, both literally and in the

21   business sense, and kind of let him do what he was good

22   at, which was content creation.  So he ran creative and I

23   ran business.

24      Q    And your brother is known as the completionist.

25   Right?

Page 10