**ALTVIEW LAW GROUP, LLP**
John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
Sheena B. Tehrani, Esq. (SBN 326373)
sheena@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, California 90212
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

*Attorneys for Plaintiff*
THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company, <br><br> Plaintiff, <br> vs. <br><br> KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO: 2:23-cv-02687 SVW (JCx) <br><br> [Assigned to the Hon. Stephen V. Wilson; Ctrm 10A] <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION** <br><br> [*Declarations of Jacque Khalil, Daniel Tracey, Benjamin Lau, Esq.; John Begakis, Esq., Motion; Separate Statement of Undisputed Facts; and [Proposed] Order filed concurrently herewith*] <br><br> <u>Hearing</u> <br> Date:  September 9, 2024 <br> Time: 1:30 p.m. <br> Dept.: Courtroom 10A (10th Floor) <br>         350 W. First Street <br>         Los Angeles, CA 90012 <br> Judge: Hon. Stephen V. Wilson |

[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY ADJUDICATION

# [PROPOSED] ORDER

On September 9, 2024 at 1:30 p.m in Courtroom 10A of the United States District Court, Central District of California, located at 350 W. 1st Street, the Honorable Stephen V. Wilson presiding, the Motion for Summary Adjudication as to Plaintiff's First Cause of Action for Declaratory Relief in the First Amended Complaint ("FAC").Plaintiff THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company ("TOVE" or "Plaintiff") against Defendants KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL ("NoPixel") and MITCHELL CLOUT, an individual ("Clout") (collectively, "Defendants"), came on regularly for hearing (the "Motion").

After considering Plaintiff's Motion, the papers in support of and in opposition to the same, as well as the oral arguments of the parties and papers on file in the action, and finding good cause therefore, the Court hereby **GRANTS** the Motion.

**THEREFORE, IT IS SO ORDERED** that Plaintiff's First Cause of Action for Declaratory Relief is granted.

**IT IS SO ORDERED.**

DATED: _____          _____
HON. STEPHEN V. WILSON
United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing electronically filed document has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3.

Dated: August 12, 2024                By:  /s/ John Begakis
                                           John M. Begakis