Larry Zerner (SBN 155473)
Morrison Cooper
10900 Wilshire, Suite 930
Los Angeles, California 90024
Telephone: (310) 773-3623
Email: Larry@MorrisonCooper.com

Attorney for Defendants Mitchell Clout
And Koil Content Creation Pty Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:23-CV-02687 SVW (JCx)<br><br>DEFENDANTS' NOTICE OF NON-OBJECTION TO PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE A SUR-REPLY TO THE SEPARATE STATEMENT OF UNDISPUTED FACTS<br><br>HEARING DATE: Sept. 9, 2021<br>TIME: 1:30 p.m.<br>COURTROOM 10A<br>Judge: Hon Stephen V. Wilson |

On August 30, 2024, Plaintiff filed an Objection to Defendant's late filed Separate Statement of Undisputed Facts, *inter alia,* on the grounds that it contained additional undisputed facts that Plaintiff had not had an opportunity to respond to.

Plaintiff requested, in part, that if the Court was going to overrule Plaintiff's objection, that it be granted leave to file a sur-reply to the Separate Statement.

- 1 –

Defendant has no objection to such relief being granted and believes that this would be a proper remedy in this situation.

RESPECTFULLY SUBMITTED

Date: September 5, 2024             MORRISON COOPER

By: /s/Larry Zerner
Larry Zerner
Attorney for Defendants