UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-02687-SVW-JC | Date | September 9, 2024 |
|---|---|---|---|
| Title | That One Video Entertainment LLC v. Koil Content Creation PTY LTD. et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Laura Elias | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John M. Begakis<br>Sheena Tehrani | Lawrence J Zerner |

**Proceedings:**   MOTION for Summary Adjudication filed by PLAINTIFF [51]

The motion is DENIED. Order to issue.

              : 35

Initials of Preparer   PMC