**ALTVIEW LAW GROUP, LLP**
John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
Sheena B. Tehrani, Esq. (SBN 326373)
sheena@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, California 90212
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

*Attorneys for Plaintiff*
THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,<br><br>Plaintiff,<br>vs.<br><br>KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO: 2:23-cv-02687 CAS (JCx)<br><br>[Assigned to the Hon. Stephen V. Wilson; Ctrm 10A]<br><br>**JOINT STATUS REPORT**<br><br>[*Declaration of Benjamin Lau filed concurrently herewith*]<br><br>**Hearing**<br>Judge: Hon. Jacqueline Chooljian<br>Date:  September 24, 2024<br>Time: 9:30 a.m.<br>Place: Ctrm 750, 255 East Temple Street, Los Angeles, CA 90012<br><br>Action Filed: April 10, 2023<br>Trial Date: September 17, 2024 |

JOINT STATUS REPORT

Counsel for Plaintiff THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company ("Plaintiff") and Defendants KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL ("NoPixel") and MITCHELL CLOUT, an individual ("Clout") (collectively, "Defendants"), have met and conferred and hereby submit this status report in response to the Order issued on August 30, 2024. (Dkt. 59).

The Order indicates that the parties do not address whether federal or state privilege law applies. The Order further states that "federal jurisdiction in this case is predicated solely on the Declaratory Judgment Act, 28 U.S.C. § 2201, with supplemental jurisdiction afforded to the other claims under 28 U.S.C. § 1367." (Dkt. 59). The parties hereby stipulate and agree with this Court's assessment as to how federal and supplemental jurisdiction applies.

Furthermore, the Order indicated that the parties should discuss whether the issue as to communications with immigration counsel can be resolved via a brief declaration. The parties have agreed that a declaration from Plaintiff's immigration counsel, Benjamin Lau, Esq would obviate the need for the production of documents. Plaintiff will obtain a declaration from Mr. Lau no later than September 13, 2024, and the parties will update the court by September 16, 2024 as to whether the relevant Motion must still be heard.

DATED: September 10, 2024         ALTVIEW LAW GROUP, LLP

By: _____
JOHN M. BEGAKIS
SHEENA B. TEHRANI
*Attorneys for Plaintiff* THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company

| | | |
|---|---|---|
| DATED: September 10, 2024 | | MORRISON COOPER LLP |

By:    /s/ Larry Zerner
      LARRY ZERNER
*Attorneys for Defendants* KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL, and MITCHELL CLOUT, an individual

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing electronically filed document has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3.

Dated: September 10, 2024                    By:  /s/ John Begakis
                                                  John M. Begakis