1  Larry Zerner (SBN 155473)
   Morrison Cooper
2  10900 Wilshire, Suite 930
   Los Angeles, California 90024
3  Telephone: (310) 773-3623
   Email: Larry@MorrisonCooper.com
4
   Attorney for Defendants Mitchell Clout
5  And Koil Content Creation Pty Ltd.

6

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,<br><br>     Plaintiff,<br>vs.<br><br>KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive,<br><br>     Defendants. | CASE NO: 2:23-cv-02687 CAS (JCx)<br><br>[Assigned to the Hon. Stephen V. Wilson; Ctrm 10A]<br><br>**JOINT STATUS REPORT**<br><br>**Hearing**<br>Judge: Hon. Jacqueline Chooljian<br>Date: September 24, 2024<br>Time: 9:30 a.m.<br>Place: Ctrm 750, 255 East Temple Street, Los Angeles, CA 90012<br><br>Action Filed: April 10, 2023<br>Trial Date: September 17, 2024 |
|---|---|

---

JOINT STATUS REPORT

1  Counsel for Plaintiff THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company ("Plaintiff") and Defendants KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL ("NoPixel") and MITCHELL CLOUT, an individual ("Clout") (collectively, "Defendants"), present the following status report regarding Plaintiff's Motion for a Protective Order.

Plaintiff has obtained and presented to Defendants a declaration from Benjamin Lau stating that he did not have any conversations with Plaintiff regarding the existence of a "loan-out company." Based upon this declaration, Defendants hereby withdraw their subpoena to the Jackson Lewis law firm and Plaintiff withdraws the motion for a protective order.

DATED: September 16, 2024   **ALTVIEW LAW GROUP, LLP**

By: _____
JOHN M. BEGAKIS
SHEENA B. TEHRANI
*Attorneys for Plaintiff* THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company

DATED: September 16, 2024   **MORRISON COOPER LLP**

By: _____
/LARRY ZERNER/

*Attorneys for Defendants* KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL, and MITCHELL CLOUT, an individual

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ LarryZerner_____
Larry Zerner

1
JOINT STATUS REPORT