## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-02687-SVW-JC | Date | September 16, 2024 |
|---|---|---|---|
| Title | That One Video Entertainment LLC v. Koil Content Creation PTY LTD., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**           (IN CHAMBERS)

### ORDER RE PARTIES' STATUS REPORT, DEEMING PLAINTIFF'S MOTION TO QUASH WITHDRAWN AND VACATING HEARING THEREON (DOCKET NO. 50)

Pending before the Court and set for a hearing on September 24, 2024 at 9:30 a.m. is Plaintiff's Motion to Quash, or, in the Alternative, for a Protective Order ("Plaintiff's Motion"). (Docket No. 50). In light of the parties' Status Report filed this date (Docket No. 64), which essentially reflects that they have resolved the dispute underlying Plaintiff's Motion and that Plaintiff withdraws the same, IT IS HEREBY ORDERED:

1. Plaintiff's Motion is deemed withdrawn.

2. The hearing on Plaintiff's Motion is vacated.

3. The Clerk shall update the docket to reflect that Plaintiff's Motion is no longer pending/has been withdrawn.

IT IS SO ORDERED.