Larry Zerner (SBN 155473)
Morrison Cooper
10900 Wilshire, Suite 930
Los Angeles, California 90024
Telephone:   (310) 773-3623
Email: Larry@MorrisonCooper.com

Attorney for Defendants Mitchell Clout
And Koil Content Creation Pty Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

THAT ONE VIDEO
ENTERTAINMENT, LLC, a California
limited liability company,

                        Plaintiff,

            v.

KOIL CONTENT CREATION PTY
LTD., an Australian proprietary
limited company doing business as
NOPIXEL; MITCHELL CLOUT, an
individual; and DOES 1-25,
inclusive,

                        Defendants.

Case No. 2:23-CV-02687 SVW
(JCx)

[Proposed] ORDER GRANTING
SUMMARY JUDGMENT

The motion of Defendants Koil Content Creation Pty. Ltd. and Mitchell Clout for summary judgment came on regularly for hearing before this Court on October 21, 2024. Larry Zerner appeared as attorney for Defendants Koil Content Creation Pty Ltd and Mitchell Clout and John Begakis appeared as attorney for Plaintiff That One Video Entertainment, LLC.

1

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion is GRANTED and Summary Judgment is entered in favor of Defendants Koil Content Creation Pty Ltd. and Mitchell Clout and against Plaintiff That One Video Entertainment, LLC.

It is further ordered as follows: _____

_____

_____

DATED: _____                    _____
                                           Hon. Steven V. Wilson
                                           United States District Judge

PRESENTED BY:

ZernerLaw


By:  /s/ Larry Zerner_____
        Larry Zerner
Attorney for Defendants Koil Content
Creation Pty. Ltd. and Mitchell Clout

[Proposed] Order