# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT LLC<br><br>Plaintiff(s),<br><br>v.<br><br>KOIL CONTENT CREATION PTY LTD., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cv−02687−SVW−JC<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   9/23/2024

Document No.:   66−1

Title of Document:   [Proposed] ORDER GRANTING SUMMARY JUDGMENT

**ERROR(S) WITH DOCUMENT:**

Judge Stephen V. Wilson's name is spelled incorrectly on the Proposed Order

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 24, 2024           By:  /s/ *Alison Bandek  alison_bandek@cacd.uscourts.gov*
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS