# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

That One Video Entertainment LLC,

PLAINTIFF(S)

v.

Koil Content Creation PTY LTD. et al

DEFENDANT(S).

CASE NUMBER:

2:23-cv-02687-SVW-JC

**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 09/23/2024 | 66 | MOTION for Summary Judgment |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Attorney Zerner shall file a Notice of Lodging with a corrected proposed order attached.\\

Counsel should note that the Judge's first name is spelled STEPHEN not Steven.

Dated: 9/25/2024       By: /s/ Stephen V. Wilson

STEPHEN V. WILSON, U.S. District Judge