Larry Zerner (SBN 155473)
Morrison Cooper
10900 Wilshire, Suite 930
Los Angeles, California 90024
Telephone: (310) 773-3623
Email: Larry@MorrisonCooper.com

Attorney for Defendants Mitchell Clout
And Koil Content Creation Pty Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:23-CV-02687 SVW (JCx)<br><br>NOTICE OF LODGING OF ORDER ON MOTION FOR SUMMARY JUDGMENT |

TO THE COURT AND TO ALL PARTIES

　　PLEASE TAKE NOTICE that Defendants Koil Content Creation Pty Ltd. and Mitchell Clout hereby lodge with the Court a revised [Proposed] Judgment granting Defendants' Motion for Summary Judgment.

DATED  September 26, 2024　　　　LAW OFFICES OF LARRY ZERNER

By: /Larry Zerner/
Larry Zerner
Attorney for Defendants