Larry Zerner (SBN 155473)
Law Office of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, California 90067
Telephone:  (310) 773-3623
Email: Larry@Zernerlaw.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br>　　v.<br>KOIL CONTENT CREATION PTY LTD.,  an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual, and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | CASE NO: 2:23-cv-02687 SVW (JCx)<br><br>[Assigned to the Hon. Stephen V. Wilson;  Ctrm 10A]<br><br>STIPULATION TO GRANT SUMMARY JUDGMENT<br><br>Complaint Served: May 11, 2023 |

///

///

///

Whereas on September 23, 2024, Defendants Koil Content Creation PTY LTD and Mitchell Clout filed a motion for summary judgment; and

Whereas Plaintiff That One Video Entertainment, LLC. did not file any opposition to Defendant's Motion for Summary Judgment; and

Whereas, the parties wish to conclude this case;

Now Therefore Plaintiff That One Video Entertainment LLC. and Defendants Koil Content Creation PTY LTD and Mitchell Clout, by and through their attorneys of record, hereby stipulate that the Court should grant the Motion for Summary Judgment filed by Koil Content Creation Pty Ltd and Mitchell Clout, and Summary Judgment be entered in favor of Defendants Koil Content Creation Pty Ltd. and Mitchell Clout and against Plaintiff That One Video Entertainment, LLC. Date: October 18, 2024   ALTVIEW LAW GROUP LLP

By: /s/ John Begakis_____
    John Begakis
    Attorney for Plaintiff That One Video Entertainment, LLC.

Date: October 18, 2024         Law Office of Larry Zerner

By:  /s/ LarryZerner_____
    Larry Zerner
   Attorney for Defendants Koil Content Creation Pty. Ltd. and Mitchell Clout

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

By:  /s/ Larry Zerner
  Larry Zerner
Attorney for Defendants Koil Content
Creation Pty. Ltd. and Mitchell Clout