1  Larry Zerner (SBN 155473)
   Law Office of Larry Zerner
2  1801 Century Park East, Ste. 2400
   Los Angeles, California 90067
3  Telephone: (310) 773-3623
   Email: Larry@Zernerlaw.com
4
   Attorney for Defendants Mitchell Clout
5  And Koil Content Creation Pty Ltd.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>        v.<br><br>KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive,<br><br>                    Defendants. | Case No. 2:23-CV-02687 SVW (JCx)<br><br>[Proposed] ORDER |

On September 23, 2024, Defendants Koil Content Creation Pty Ltd. and Mitchell Clout filed a motion for summary judgment. On October 18, 2024, the parties stipulated that judgment be entered in favor of Koil Content Creation Pty. Ltd. and Mitchell Clout.

In light of the stipulation filed by the parties, IT IS HEREBY ORDERED THAT the motion is GRANTED and Summary Judgment is entered in favor of Defendants Koil Content Creation Pty Ltd. and Mitchell Clout and against Plaintiff That One Video Entertainment, LLC.

It is further ordered as follows: _____

_____

_____

DATED: _____            _____
                                                  Hon. Stephen V. Wilson
                                                  United States District Judge

PRESENTED BY:

ZernerLaw


By: _/s/ Larry Zerner_____
      Larry Zerner
Attorney for Defendants Koil Content
Creation Pty. Ltd. and Mitchell Clout

[Proposed] Order