JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-CV-02687 SVW (JCx)<br><br>ORDER |

On September 23, 2024, Defendants Koil Content Creation Pty Ltd. and Mitchell Clout filed a motion for summary judgment. On October 18, 2024, the parties stipulated that judgment be entered in favor of Koil Content Creation Pty. Ltd. and Mitchell Clout.

1

[Proposed] Order

1 | In light of the stipulation filed by the parties, IT IS HEREBY ORDERED THAT
2 | the motion is GRANTED and Summary Judgment is entered in favor of Defendants
3 | Koil Content Creation Pty Ltd. and Mitchell Clout and against Plaintiff That One Video
4 | Entertainment, LLC.

It is further ordered as follows: All previously set dates are vacated and off-calendar.

DATED: October 24, 2024

Hon. Stephen V. Wilson
United States District Judge

PRESENTED BY:

ZernerLaw

By: /s/ Larry Zerner
   Larry Zerner
Attorney for Defendants Koil Content
Creation Pty. Ltd. and Mitchell Clout