AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA (Western Division) |
|---|---|
| DOCKET NO.<br>2:23-cv-02687 | DATE FILED<br>4/10/2023 |
| PLAINTIFF<br>THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company | DEFENDANT<br>KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | N/A | Contributions to the functionality of the NoPixel Server | THAT ONE VIDEO ENTERTAINMENT, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED    Order<br>☑ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☑ No    No | DATE RENDERED<br>10/24/2024 |
|---|---|---|
| CLERK<br>Brian Karth | (BY) DEPUTY CLERK<br>Phyllis Lopez | DATE<br>10/24/24 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:23-CV-02687 SVW (JCx)<br><br>ORDER |

　　On September 23, 2024, Defendants Koil Content Creation Pty Ltd. and Mitchell Clout filed a motion for summary judgment. On October 18, 2024, the parties stipulated that judgment be entered in favor of Koil Content Creation Pty. Ltd. and Mitchell Clout.

1

[Proposed] Order

In light of the stipulation filed by the parties, IT IS HEREBY ORDERED THAT the motion is GRANTED and Summary Judgment is entered in favor of Defendants Koil Content Creation Pty Ltd. and Mitchell Clout and against Plaintiff That One Video Entertainment, LLC.

It is further ordered as follows: All previously set dates are vacated and off-calendar.

DATED: October 24, 2024

Hon. Stephen V. Wilson
United States District Judge

PRESENTED BY:

ZernerLaw

By: /s/ Larry Zerner
Larry Zerner
Attorney for Defendants Koil Content Creation Pty. Ltd. and Mitchell Clout