Larry Zerner (SBN 155473)
Law Office of Larry Zerner
1801 Century Park East
Suite 2400
Los Angeles, California 90067
Telephone: (310) 773-3623
Email: larry@zernerlaw.com

Attorney for Defendants Mitchell Clout
And Koil Content Creation Pty Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>   v.<br><br>KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive,<br><br>            Defendants. | Case No. 2:23-CV-02687 SVW (JCx)<br><br>[Proposed] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES, COSTS<br><br>DATE: December 9, 2024<br>TIME: 1:30 p.m.<br>COURTROOM 10A<br><br>Action Filed: April 10, 2023<br>Trial Date: Not Set |

The motion of Defendants' Koil Content Creation Pty. Ltd. and Mitchell Clout for attorneys' fees came on regularly for hearing before this Court on December 9, 2024. Larry Zerner appeared as attorney for Defendants' Koil Content Creation Pty Ltd and Mitchell Clout, and John Begakis appeared as attorney for Plaintiff That One Video Entertainment, LLC.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion is GRANTED.  Defendants Koil Content Creation PTY LTD, and Mitchell Clout are awarded attorney's fees in the amount of $_____.  Defendants Koil Content Creation PTY LTD, and Mitchell Clout are further awarded costs in the amount of $_____.

It is further ordered as follows:

_____
_____
_____.

**DATED:** _____                    _____
                                             Hon. Steven V. Wilson
                                             United States District Judge

**PRESENTED BY:**

Date: November 7, 2024

By: /s/Larry Zerner
     Larry Zerner
     Attorney for Defendants Koil Content
     Creation Pty. Ltd. And Mitchell Clout