# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| That One Video Entertainment LLC<br><br>PLAINTIFF(S)<br><br>v.<br><br>Koil Content Creation PTY LTD. et al<br><br>DEFENDANT(S). | **CASE NUMBER:**<br>2:23-cv-02687-SVW-JC<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 11/7/2024 | 75 | NOTICE OF MOTION AND MOTION |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to _____ at _____.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

File a Notice of Lodging with a corrected proposed order.

Dated: 11/18/2024

By: /s/ Stephen V. Wilson
Stephen V. Wilson, U.S. District Judge

---

G-112B (07/24)   ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT