1  **ALTVIEW LAW GROUP, LLP**
John M. Begakis, Esq. (SBN 278681)
2  john@altviewlawgroup.com
Sheena B. Tehrani, Esq. (SBN 326373)
3  sheena@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
4  Beverly Hills, California 90212
Telephone: (310) 230-5580
5  Facsimile: (562) 275-8954

6  *Attorneys for Plaintiff*
THAT ONE VIDEO ENTERTAINMENT, LLC, a
7  California limited liability company

8

                **UNITED STATES DISTRICT COURT**
9
        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10

11  THAT ONE VIDEO                        CASE NO: 2:23-cv-02687 SVW (JCx)
    ENTERTAINMENT, LLC, a
12  California limited liability company,
                                         [Assigned to the Hon. Stephen V. Wilson;
13            Plaintiff,                   Ctrm 10A]
         vs.
14                                        **PLAINTIFF'S OBJECTIONS TO**
    KOIL CONTENT CREATION PTY            **DEFENDANTS' EVIDENCE**
15  LTD., an Australian proprietary       **PROFFERED IN SUPPORT OF THEIR**
    limited company doing business as     **MOTION FOR ATTORNEY'S FEES**
16  NOPIXEL; MITCHELL CLOUT, an
    individual; and DOES 1-25, inclusive,
17                                        [*Opposition; [Proposed] Order Granting
            Defendants.                   Objections to Evidence Filed Concurrently
18                                        Herewith*]

19                                        **Hearing**
                                         Date:  December 9, 2024
20                                        Time: 1:30 p.m.
                                         Dept.: Courtroom 10A (10th Floor)
21                                              350 W. First Street
                                                Los Angeles, CA 90012
22                                        Judge: Hon. Stephen V. Wilson

23

24

25

26

27

28

PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EVIDENCE PROFFERED IN
SUPPORT OF THEIR MOTION FOR ATTORNEY'S FEES

Plaintiff THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company ("TOVE" or "Plaintiff") hereby objects to the following evidence presented by Defendants KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL ("NoPixel"), and MITCHELL CLOUT, an individual ("Clout") in support of their Motion for Attorney's Fees (the "Motion").

Specifically, Defendants submitted the Declaration Keith L. Cooper, which improperly attached and referenced a confidential settlement letter sent by Plaintiff's counsel to Defendants. *See* Federal Rule of Evidence ("FRE") 408. A more specific detailing of the deficiencies in such declarations is as follows:

### DECLARATION OF KEITH L. COOPER

**1.    Declaration of Keith L. Cooper, ¶ 3, 2:11-24**

Plaintiff objects to attachment of, and references made to, the confidential, pre-litigation demand letter sent "*on behalf of Daniel Tracey (**not** Plaintiff TOVE),*" on the basis that such letter, and Cooper's references thereto, are confidential, pre-litigation settlement communications that are inadmissible under FRE 408. Plaintiff further objects on the basis that the admission of such letter, and Coopers references thereto, would be contrary to statute's explicit purpose of encouraging settlement discussions between the parties. *See Hudspeth v. Comm'r of Internal Revenue Serv.*, 914 F.2d 1207, 1213-14 (9th Cir. 1990) (noting that two principles underlie FRE 408, including that (1) evidence of a compromise is irrelevant because the offer may be "motivated by a desire for peace rather than from any concession of weakness of position, and (2) the promotion of public policy favoring the compromise and settlement of disputes.).

///

///

///

1

PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EVIDENCE PROFFERED IN SUPPORT OF THEIR MOTION FOR ATTORNEY'S FEES

DATED:  November 18, 2024          **ALTVIEW LAW GROUP, LLP**


By:   /s/ John M. Begakis, Esq.
          JOHN M. BEGAKIS
          SHEENA B. TEHRANI
*Attorneys for* THAT ONE VIDEO
ENTERTAINMENT, LLC, a California
limited liability company

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EVIDENCE PROFFERED IN
SUPPORT OF THEIR MOTION FOR ATTORNEY'S FEES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing electronically filed document has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3.

Dated: November 18, 2024                    By:   /s/ John Begakis
                                                  John M. Begakis