**ALTVIEW LAW GROUP, LLP**
John M. Begakis, Esq. (SBN 278681)
john@altviewlawgroup.com
Sheena B. Tehrani, Esq. (SBN 326373)
sheena@altviewlawgroup.com
9454 Wilshire Blvd., Suite 825
Beverly Hills, California 90212
Telephone: (310) 230-5580
Facsimile: (562) 275-8954

*Attorneys for Plaintiff*
THAT ONE VIDEO ENTERTAINMENT, LLC, a
California limited liability company

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL; MITCHELL CLOUT, an individual; and DOES 1-25, inclusive, <br><br> Defendants. | CASE NO: 2:23-cv-02687 SVW (JCx) <br><br> [Assigned to the Hon. Stephen V. Wilson; Ctrm 10A] <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EVIDENCE PROFFERED IN SUPPORT OF THEIR MOTION FOR ATTORNEY'S FEES** <br><br> [*Opposition; [Proposed] Order Granting Objections to Evidence Filed Concurrently Herewith*] <br><br> **Hearing** <br> Date:  December 9, 2024 <br> Time: 1:30 p.m. <br> Dept.: Courtroom 10A (10th Floor) <br>      350 W. First Street <br>      Los Angeles, CA 90012 <br> Judge: Hon. Stephen V. Wilson |

[PROPOSED] ORDER GRANTING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EVIDENCE PROFFERED IN SUPPORT OF THEIR MOTION FOR ATTORNEY'S FEES

# [PROPOSED] ORDER

The evidentiary objections timely filed by Plaintiff THAT ONE VIDEO ENTERTAINMENT, LLC, a California limited liability company ("TOVE" or "Plaintiff") came on for hearing in this Court, specifically, TOVE's objections to the Declaration of Keith L. Cooper filed by Defendants KOIL CONTENT CREATION PTY LTD., an Australian proprietary limited company doing business as NOPIXEL ("NoPixel"), and MITCHELL CLOUT, an individual ("Clout") in support of their Motion for Attorney's Fees (the "Motion").

The Court having read and considered the objections, hereby rules as follows:

## DECLARATION OF KEITH L. COOPER

| Cooper Decl. | TOVE's Objections | Court's Ruling |
|---|---|---|
| **¶3, 2:11-24** | Plaintiff objects to attachment of, and references made to, the confidential, pre-litigation demand letter sent "*on behalf of Daniel Tracey (**not** Plaintiff TOVE),*" on the basis that such letter, and Cooper's references thereto, are confidential, pre-litigation settlement communications that are inadmissible under FRE 408. Plaintiff further objects on the basis that the admission of such letter, and Coopers references thereto, would be contrary to statute's explicit purpose of encouraging settlement discussions between the parties. *See Hudspeth v. Comm'r of* | **Sustained:** _____ **Overruled:** _____ |

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EVIDENCE PROFFERED IN SUPPORT OF THEIR MOTION FOR ATTORNEY'S FEES

| | | |
|---|---|---|
| 1 | *Internal Revenue Serv.*, 914 F.2d 1207, | |
| 2 | 1213-14 (9th Cir. 1990) (noting that two | |
| 3 | principles underlie FRE 408, including | |
| 4 | that (1) evidence of a compromise is | |
| 5 | irrelevant because the offer may be | |
| 6 | "motivated by a desire for peace rather | |
| 7 | than from any concession of weakness of | |
| 8 | position, and (2) the promotion of public | |
| 9 | policy favoring the compromise and | |
| 10 | settlement of disputes.). | |

11

12  DATED: _____    _____

13                                            HON. STEPHEN V. WILSON
                                              UNITED STATES DISTRICT
14                                            COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S OBJECTIONS TO
DEFENDANTS' EVIDENCE PROFFERED IN SUPPORT OF THEIR MOTION
FOR ATTORNEY'S FEES

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing electronically filed document has been served via a "Notice of Electronic Filing" automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service pursuant to L.R. 5-3.3.

Dated: November 18, 2024                    By:   /s/ John Begakis
                                            John M. Begakis